Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas, Houston Division

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | OutRight Avionics, LLC | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   4 7 – 1 7 3 9 1 7 7

**4. Debtor's address**

**Principal place of business**

_____
Number        Street

10078 Airport Rd

Conroe, TX 77303
City                        State      ZIP Code

Montgomery
County

**Mailing address, if different from principal place of business**

_____
Number        Street

P.O. Box

_____
City                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                        State      ZIP Code

**5. Debtor's website (URL)**   www.outrightavionics.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   OutRight Avionics, LLC_____     Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than (amount subject to adjustment on and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY
        District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor John and Kristin Galik_____ Relationship Owners_____
        District Southern District of Texas_____ When _____
                                                   MM / DD / YYYY
                                          Case number (if known)_____

Debtor    OutRight Avionics, LLC _____    Case number *(if known)* _____
                 Name

**11. Why is the case filed in**
**    *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district
for 180 days immediately preceding the date of this petition or for a longer part of such
180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending
in this district.

**12. Does the debtor own or**
**    have possession of any**
**    real property or personal**
**    property that needs**
**    immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets
if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public
health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value
without attention (for example, livestock, seasonal goods, meat, dairy, produce, or
securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number       Street

_____

_____     _____
City                                               State

_____
ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of**
**    available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to
unsecured creditors.

**14. Estimated number of**
**    creditors**

☐ 1-49          ☐ 50-99          ☐ 1,000-5,000          ☐ 25,001-50,000
☑ 100-199     ☐ 200-999      ☐ 5,001-10,000        ☐ 50,000-100,000
                                            ☐ 10,001-25,000     ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                    ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000         ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor   OutRight Avionics, LLC
Name                                                          Case number (if known)

**16. Estimated liabilities**

☐ $0-$50,000                    ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/07/2020
              MM/ DD/ YYYY

X _____/s/ John Galik_____          _____John Galik_____
Signature of authorized representative of debtor      Printed name

Title _____President_____

**18. Signature of attorney**

X _____/s/ Allison D. Byman_____   Date   04/07/2020
Signature of attorney for debtor                  MM/ DD/ YYYY

Allison D. Byman
Printed name

Byman & Associates, PLLC
Firm name

7924 Broadway Suite 104
Number        Street

Pearland                               TX          77581
City                                   State       ZIP Code

(281) 884-9269                         adb@bymanlaw.com
Contact phone                          Email address

24040773                               TX
Bar number                             State

| Fill in this information to identify the case: |
| --- |

Debtor name          OutRight Avionics, LLC

United States Bankruptcy Court for the:

         Southern District of Texas, Houston Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
| --- | --- | --- |

**2. Cash on hand**          _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1  **Security Bank Crawford** | **Checking account** | **7558** | **$711.72** |

**Additional Page Total** - *See continuation page for additional entries*      **$678.03**

**4. Other cash equivalents** *(Identify all)*

     **None**

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$1,389.75**

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

     **None**

Debtor    **OutRight Avionics, LLC**                                          Case number *(if known)* _____
                Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    _____

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts Receivable**

| 11a. 90 days old or less: | $147,500.94 <br> face amount | - | $0.00 <br> doubtful or uncollectible accounts | = ......➔ | $147,500.94 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | $96,491.41 <br> face amount | - | $96,491.41 <br> doubtful or uncollectible accounts | = ......➔ | $0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                          $147,500.94

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                                        % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Official Form 106A/B                            **Schedule A/B: Property**                            page **2**

Debtor   **OutRight Avionics, LLC**                                          Case number *(if known)* _____
         Name

**None**

**17.  Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    _____

---

**Part 5:**  Inventory, excluding agriculture assets

---

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| 19.1 Installation/Repair Parts Inventory | _____ MM / DD / YYYY | (Unknown) | _____ | $38,193.27 |
| **20.  Work in progress** | | | | |
| None | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22.  Other inventory or supplies** | | | | |
| Serviceable and New Installation 22.1 Service Supplies | _____ MM / DD / YYYY | (Unknown) | _____ | $11,350.00 |

**23.  Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $49,543.27

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

| Debtor | **OutRight Avionics, LLC** | Case number *(if known)* |
|--------|---------------------------|--------------------------|
|        | Name                      |                          |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|

**28. Crops — either planted or harvested**

    **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31. Farm and fishing supplies, chemicals, and feed**

    **None**

**32. Other farming and fishing-related property not already listed in Part 6**

    **None**

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                           _____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Debtor      **OutRight Avionics, LLC**                                          Case number *(if known)* _____
                    Name

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Office furniture and cabinets** | (Unknown) | | $20,280.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Test Equipment** | (Unknown) | | $92,572.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $224,600.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $337,452.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Debtor    __OutRight Avionics, LLC__                                 Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.1 **Golf cart (Street legal with title)** | **(Unknown)** | | **$4,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                 **$4,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:  Real Property**

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| 55.1 **LEASED PROPERTY** | Lease | **(Unknown)** | | **$0.00** |
|---|---|---|---|---|

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

Official Form 106A/B                          **Schedule A/B: Property**                          page **6**

Debtor    __OutRight Avionics, LLC_____    Case number *(if known)* _____
         Name

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61.** **Internet domain names and websites** | | | |
| 61.1 **www.outrightavionics.com** | **(Unknown)** | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1 **Repair Station Certificate** | **(Unknown)** | | **$250,000.00** |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.** **Goodwill** | | | |
| **None** | | | |
| **66.** **Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | **$250,000.00** |

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **OutRight Avionics, LLC**                                    Case number *(if known)* _____
          Name

---

**Part 11:** All other assets

---

**70.**  **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**  **Notes receivable**
Description (include name of obligor)

**None**

**72.**  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| 72.1 **NOL 2019** | Tax year: | **2019** | **$255,000.00** |
| 72.2 **NOL 2018** | Tax year: | **2018** | **$310,488.00** |

**73.**  **Interests in insurance policies or annuities**

**None**

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  **Claim against Eric Spain et al 20-03-03679 for stopping payment on a check**                                    $20,406.82
Nature of Claim    Recovery of amounts due
Amount Requested    $20,406.82

**Additional Page Total** - *See continuation page for additional entries*                                    $0.00

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.**  **Trusts, equitable or future interests in property**

**None**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.**  **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                    $585,894.82

---

Debtor      __OutRight Avionics, LLC__                                    Case number *(if known)* _____
                    Name

---

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑No
☐Yes

---

Debtor    __OutRight Avionics, LLC_____    Case number *(if known)* _____
          Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,389.75 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $147,500.94 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $49,543.27 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $337,452.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*............................................................. → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250,000.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $585,894.82 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $1,375,780.78 | **+** 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................... | | $1,375,780.78 |

| Debtor | **OutRight Avionics, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

### Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts - *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 Plains State Bank (subject to garnishment) | Checking account | 8759 | (Unknown) |
| 3.3 Chase Bank (subject to garnishment) | Checking account | | (Unknown) |
| 3.4 Allegiance Bank | Checking account | 4795 | $678.03 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**41.** Office equipment - *Continued*

| | | | |
|---|---|---|---|
| 41.2 Wire Room | (Unknown) | | $8,125.00 |
| 41.3 Equipment for Sale | (Unknown) | | $184,125.00 |
| 41.4 Laser cutter, welder, shelving, ladder, air compressor, break/press, work bench with sander and drill press, jacks and tail stands, storage cabinets, tow bars, power cart, rollable work stations (6); cleaning supplies | (Unknown) | | $32,350.00 |

| | | | Current value of debtor's interest |
|---|---|---|---|

**72.** Tax refunds and unused net operating losses (NOLs) - *Continued*

Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| 72.2 NOL 2018 | | Tax year: 2018 | $310,488.00 |

**74.** Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued*

74.2 Claim against Garmin for termination/breach of contract

Nature of Claim

| Amount Requested | (Unknown) | | (Unknown) |
|---|---|---|---|

| Fill in this information to identify the case: |
|---|
| Debtor name          OutRight Avionics, LLC |
| United States Bankruptcy Court for the:<br>          Southern District of Texas, Houston Division |
| Case number (if known): |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $94,147.34 | $350,371.21 |
|---|---|---|---|
| Allegiance Bank | Accounts receivable under 90 days | | |
| **Creditor's mailing address** | Installation/Repair Parts Inventory | | |
| 8727 W. Sam Houston Parkway N. Suite 100 | Laser cutter, welder, shelving, ladder, air compressor, break/press, work bench with sander and drill press, jacks and tail stands, storage cabinets, tow bars, power cart, rollable work stations (6); cleaning supplies | | |
| Houston, TX 77040 | | | |
| **Creditor's email address, if known** | Office furniture and cabinets | | |
| | Serviceable and New Installation Service Supplies | | |
| **Date debt was incurred** | *See continuation page.* | | |
| **Last 4 digits of account number**       8   0   4   6 | | | |
| **Do multiple creditors have an interest in the same property?** | **Describe the lien** | | |
| ☐ No. | | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| **For Asset: Accounts receivable under 90 days** | ☐ Yes. | | |
| **1) Allegiance Bank** | **Is anyone else liable on this claim?** | | |
| 2) Security Bank Crawford | ☐ No | | |
| **For Asset: Installation/Repair Parts Inventory** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **1) Allegiance Bank** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| 2) Security Bank Crawford | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $1,444,314.51

Debtor    OutRight Avionics, LLC                            Case number *(if known)* _____
          Name

| | Column A | Column B |
|---|---|---|
| **Part 1:  Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | |

**For Asset: Laser cutter, welder, shelving, ladder, air compressor, break/press, work bench with sander and drill press, jacks and tail stands, storage cabinets, tow bars, power cart, rollable work stations (6); cleaning supplies**

1) Allegiance Bank

2) Security Bank Crawford


**For Asset: Serviceable and New Installation Service Supplies**

**1) Allegiance Bank**

2) Security Bank Crawford

**For Asset: Test Equipment**

**1) Allegiance Bank**

2) Security Bank Crawford

**For Asset: Wire Room**

**1) Allegiance Bank**

2) Security Bank Crawford

---

| 2.2 | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $102,153.67      unknown |
| Allegiance Bank | **Describe the lien** | |

**Creditor's mailing address**

8727 W. Sam Houston Parkway N. Suite 100

Houston, TX 77040

**Creditor's email address, if known**
_____

Date debt was incurred _____

**Last 4 digits of account number**    0  8  8  3

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor ___OutRight Avionics, LLC_____   Case number *(if known)*_____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.3**

**Creditor's name**
Ball, Tom

**Creditor's mailing address**
222 Club Island Way
Montgomery, TX 77356

**Creditor's email address, if known**
_____

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Remarks:** Writ of Execution

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$63,201.23                          unknown

---

**2.4**

**Creditor's name**
Byrd Jr, Jerome

**Creditor's mailing address**
3307 Courtland Manor Lane
Kingwood, TX 77339

**Creditor's email address, if known**
_____

Date debt was incurred _____

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$200,000.00                          unknown

---

| Debtor | OutRight Avionics, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"></td><th>Column A<br><b>Amount of claim</b><br>Do not deduct the<br>value of collateral.</th><th>Column B<br><b>Value of collateral<br>that supports this<br>claim</b></th></tr>
</table>

**Part 1:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**

Kabbage/Celtic Bank

**Creditor's mailing address**

PO Box 77081

Atlanta, GA 30357

**Creditor's email address, if known**

_____

Date debt was incurred          2/2020

Last 4 digits of account
number          **4   3   9   0**

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative
priority?

**Describe debtor's property that is subject to a lien**          $110,000.00          unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**

OnDeck Capital, Inc.

**Creditor's mailing address**

101 West Colfax Ave., 10th Floor

Denver, CO 80202

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative
priority?

**Describe debtor's property that is subject to a lien**          $254,000.24          unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | OutRight Avionics, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | **Additional Page** | *Column A* | *Column B* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7**

**Creditor's name**

Plains State Bank

**Describe debtor's property that is subject to a lien**

$350,000.00       unknown

**Describe the lien**

**Creditor's mailing address**

PO Box 62005

Houston, TX 77205

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**      **1  3  0  0**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Remarks:** SBA Loan/Line of Credit

Debtor _____OutRight Avionics, LLC_____     Case number *(if known)* _____
        Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.8**

**Creditor's name**

Security Bank Crawford

**Creditor's mailing address**

PO Box 90

Crawford, TX 76638

**Creditor's email address, if known**

_____

**Date debt was incurred** _____2017_____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Accounts receivable under 90 days**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Test Equipment**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Installation/Repair Parts Inventory**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Laser cutter, welder, shelving, ladder, air compressor, break/press, work bench with sander and drill press, jacks and tail stands, storage cabinets, tow bars, power cart, rollable work stations (6); cleaning supplies**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

Test Equipment

Installation/Repair Parts Inventory

Laser cutter, welder, shelving, ladder, air compressor, break/press, work bench with sander and drill press, jacks and tail stands, storage cabinets, tow bars, power cart, rollable work stations (6); cleaning supplies

Serviceable and New Installation Service Supplies

*See continuation page.*

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $270,812.03

Column B: $330,091.21

Debtor    OutRight Avionics, LLC
_____     Case number *(if known)* _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | **that supports this claim** |

**For Asset:**
**Serviceable and New Installation Service Supplies**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines ____2.1____

**For Asset:**
**Wire Room**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines ____2.1____

Debtor   OutRight Avionics, LLC _____   Case number *(if known)* _____
        Name

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line _____ | ____ ____ ____ ____ |

Debtor _____ OutRight Avionics, LLC _____  Case number *(if known)* _____
      Name

| Part 1: | Additional Page |
|---|---|

**2.**

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Allegiance Bank | Test Equipment |
| | | Test Equipment |
| | | Wire Room |
| **2.2** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | Allegiance Bank | |
| **2.3** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | Ball, Tom | |
| **2.4** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | Byrd Jr, Jerome | |
| **2.5** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | Kabbage/Celtic Bank | |
| **2.6** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | OnDeck Capital, Inc. | |
| **2.7** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | Plains State Bank | |
| **2.8** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | Security Bank Crawford | Wire Room |
| | | Wire Room |

Fill in this information to identify the case:

Debtor name          OutRight Avionics, LLC

United States Bankruptcy Court for the:
         Southern District of Texas, Houston Division

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Internal Revenue Service

Insolvency Section

1919 Smith St., Stop 5022 HOU

Houston, TX 77002

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** Outright Avionics 940/941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**
Employment Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $49,825.26      Priority amount: $49,825.26

**2.2** **Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts

111 East 17th Street

Austin, TX 78774

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** Sales tax, subject to reduction based on refunds

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $33,136.28      Priority amount: $33,136.28

Debtor      **OutRight Avionics, LLC**                                                    Case number *(if known)* _____
      Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,312.55 |
|---|---|---|---|
| | **Air Capital Dial, Inc.** | ☐ Contingent | |
| | **220 N. Vine** | ☐ Unliquidated | |
| | **Wichita, KS 67203** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,546.84 |
|---|---|---|---|
| | **Aircraft Spruce & Specialty** | ☐ Contingent | |
| | **225 Airport Circle** | ☐ Unliquidated | |
| | **Corona, CA 92878** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.00 |
|---|---|---|---|
| | **Alamo Plating & Metal Finish** | ☐ Contingent | |
| | **9230 Converse Business Ln.** | ☐ Unliquidated | |
| | **Converse, TX 78109** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $665.00 |
|---|---|---|---|
| | **Allied Electronics** | ☐ Contingent | |
| | **7151 Jack Newell Blvd. S** | ☐ Unliquidated | |
| | **Fort Worth, TX 76118** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  2  3  6  5 | ☑ No   ☐ Yes | |

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,660.00 |
|---|---|---|---|
| | **Amador, Jose A** | ☐ Contingent | |
| | **19603 Swan Valley Dr** | ☐ Unliquidated | |
| | **Cypress, TX 77433** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

Debtor   **OutRight Avionics, LLC**                                    Case number *(if known)* _____
          Name

---

| **Part 2:** | Additional Page |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,271.59
| | American Express | *Check all that apply.* |
| | | ☐ Contingent |
| | P.O. Box 650448 | ☐ Unliquidated |
| | Dallas, TX 75265 | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number   1   0   0   5 | ☑ No |
| | | ☐ Yes |

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,931.00
| | Amex | *Check all that apply.* |
| | | ☐ Contingent |
| | Correspondence/Bankruptcy | ☐ Unliquidated |
| | PO Box 981540 | ☐ Disputed |
| | El Paso, TX 79998-1540 | **Basis for the claim:** _____ |
| | | **Is the claim subject to offset?** |
| | Date or dates debt was incurred   1/1/2016 | ☑ No |
| | Last 4 digits of account number   5   5   1   3 | ☐ Yes |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00
| | Anantasomboon, Kris | *Check all that apply.* |
| | | ☐ Contingent |
| | 705 Glaze Circle | ☐ Unliquidated |
| | Hewitt, TX 76643 | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number   __ __ __ __ | ☑ No |
| | | ☐ Yes |

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00
| | Anderson, Roy | *Check all that apply.* |
| | | ☐ Contingent |
| | 4900 Courthouse Rd | ☐ Unliquidated |
| | Gulfport, MS 39507 | ☑ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number   __ __ __ __ | ☑ No |
| | | ☐ Yes |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,315.14
| | Apple Card | *Check all that apply.* |
| | | ☐ Contingent |
| | P.O. Box 7247 | ☐ Unliquidated |
| | Philadelphia, PA 19170 | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number   8   9   9   0 | ☑ No |
| | | ☐ Yes |

---

Debtor   **OutRight Avionics, LLC**                                    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,000.00**
| Arana, Carlos | *Check all that apply.* |
| | ☐ Contingent |
| 15 Split Rail Pl | ☐ Unliquidated |
| Spring, TX 77382 | ☑ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,564.00**
| Aspen Avionics | *Check all that apply.* |
| | ☐ Contingent |
| 5001 Indian School Road, NE | ☐ Unliquidated |
| Albuquerque, NM 87110 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,044.07**
| Associated Aircraft Supply, LLC | *Check all that apply.* |
| | ☐ Contingent |
| 3250 Stone Myers Parkway | ☐ Unliquidated |
| Grapevine, TX 76051 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$178.56**
| AT&T | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:**  Cell phone |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   0  0  0  1 | ☑ No |
| | ☐ Yes |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.90**
| Aviall/Boeing Company | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 619048 | ☐ Unliquidated |
| Dallas, TX 75261 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   7  0  9  5 | ☑ No |
| | ☐ Yes |

---

Debtor    **OutRight Avionics, LLC**                                              Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.16** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 851001**

**Dallas, TX 75285-1001**

Date or dates debt was incurred    **5/1/2008**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.17** Nonpriority creditor's name and mailing address

**Beaver, Jason**

**950 Seven Hills Dr 1124**

**Henderson, NV 89052**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,504.00

---

**3.18** Nonpriority creditor's name and mailing address

**Beecher, Chuck**

**4230 SE King Rd Unit 365**

**Portland, OR 97222**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$67,995.00

---

**3.19** Nonpriority creditor's name and mailing address

**Bentwater Yacht and Country Club**

**800 Bentwater Dr**

**Montgomery, TX 77356-8256**

Date or dates debt was incurred    _____

Last 4 digits of account number    **0   4   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

**Berman, Josh**

**14119 Renee Lane**

**College Station, TX 77845**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,995.00

---

Debtor   **OutRight Avionics, LLC**                                   Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,975.00
| BHE & Associates Ltd. | ☐ Contingent |
| 12002 Warfield St Ste 250 | ☐ Unliquidated |
| San Antonio, TX 78216-3219 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,088.40
| Bledsoe, Al | ☐ Contingent |
| 1201 The Cape Rd | ☐ Unliquidated |
| Horseshoe Bay, TX 78657 | ☑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00
| Boxwell Avionics | ☐ Contingent |
| 3050 Airman Dr. | ☐ Unliquidated |
| Fort Pierce, FL 34946 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,187.50
| Brandley, Christopher S | ☐ Contingent |
| 12370 Ridgecrest | ☐ Unliquidated |
| Willis, TX 77318 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,913.40
| Bridges, Neal | ☐ Contingent |
| 15421 Highway 12 | ☐ Unliquidated |
| Orange, TX 77632 | ☑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

Debtor      **OutRight Avionics, LLC**

Name                                                                          Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,914.00
Briscoe, Robert M | *Check all that apply.*

4401 Gibson St
☐ Contingent
☐ Unliquidated
☑ Disputed

Houston, TX 77007

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,371.00
Buca, Stefan | *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

1024 N Oak Cliff Blvd

Dallas, TX 75208

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,545.00
Cal America Mobil | *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

4145 Belt Line Rd # 212-247

Addison, TX 75001-4324

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,375.00
Capital One | *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Attn: Bankruptcy

PO Box 30285

Salt Lake City, UT 84130-0285

**Basis for the claim:** _____

Date or dates debt was incurred   1/1/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2  9  1  9

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,308.00
Capital One | *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Attn: Bankruptcy

PO Box 30285

Salt Lake City, UT 84130-0285

**Basis for the claim:** _____

Date or dates debt was incurred   6/1/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1  8  7  7

---

| Debtor | **OutRight Avionics, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.31** Nonpriority creditor's name and mailing address
Carper, Paul
10070 Airport Road
Conroe, TX 77303

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$63,244.00

**3.32** Nonpriority creditor's name and mailing address
Cary, Steve
4320 Brownstone Dr
Beaumont, TX 77706

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,490.80

**3.33** Nonpriority creditor's name and mailing address
Castleberry Instruments
13405 Immanuel Rd Ste 1a
Pflugerville, TX 78660-8338

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,020.00

**3.34** Nonpriority creditor's name and mailing address
Catalani, Dave
234 Tortoisde Creek Pl
Spring, TX 77389

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,048.00

**3.35** Nonpriority creditor's name and mailing address
Centerpoint
P.O. Box 4981
Houston, TX 77210-4981

Date or dates debt was incurred
Last 4 digits of account number 1 0 - 8

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **OutRight Avionics, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.36** Nonpriority creditor's name and mailing address

Century Flight Systems, Inc.

Po Box 610

Mineral Wells, TX 76068-0610

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$277.10

---

**3.37** Nonpriority creditor's name and mailing address

Ces/clsf

C/o Acs

Utica, NY 13501

Date or dates debt was incurred **6/14/2005**

Last 4 digits of account number **3   5   1   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.38** Nonpriority creditor's name and mailing address

Chase Card Services

Attn: Bankruptcy

PO Box 15298

Wilmington, DE 19850

Date or dates debt was incurred **1/1/2016**

Last 4 digits of account number **4   8   6   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,950.00

---

**3.39** Nonpriority creditor's name and mailing address

Chase Card Services

PO Box 15123

Wilmington, DE 19850

Date or dates debt was incurred _____

Last 4 digits of account number **5   5   9   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,004.66

---

**3.40** Nonpriority creditor's name and mailing address

City of Conroe

Alarms Division

PO Box 140875

Irving, TX 75014

Date or dates debt was incurred _____

Last 4 digits of account number **9   5   1   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

---

Debtor  **OutRight Avionics, LLC**                                      Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.41** Nonpriority creditor's name and mailing address

**City of Conroe**

**Water Department**

**PO Box 1669**

**Houston, TX 77251**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$188.55**

---

**3.42** Nonpriority creditor's name and mailing address

**Clean Planes "R" Us**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

**3.43** Nonpriority creditor's name and mailing address

**Coats & Evans, PC**

**Attn: Gary L Evans**

**P.O. Box 130246**

**Spring, TX 77393**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.44** Nonpriority creditor's name and mailing address

**Cohron, John**

**20630 Sundance Springs Ln**

**Spring, TX 77379**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$16,000.00**

---

**3.45** Nonpriority creditor's name and mailing address

**Comenity Bank/Jared**

**Attn: Bankruptcy**

**PO Box 182273**

**Columbus, OH 43218**

Date or dates debt was incurred  **9/1/2008**

Last 4 digits of account number  **2  5  2  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **OutRight Avionics, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

**3.46** Nonpriority creditor's name and mailing address
**Compass Bank**

Attn: Bankruptcy

PO Box 10566

Birmingham, AL 35296

Date or dates debt was incurred   **1/1/2013**

Last 4 digits of account number   **3  5  4  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.47** Nonpriority creditor's name and mailing address
**Consolidated Communications**

P.O. Box 66523

Saint Louis, MO 63166-6523

Date or dates debt was incurred   _____

Last 4 digits of account number   **5  5  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$761.40**

**3.48** Nonpriority creditor's name and mailing address
**Cran, Debbie**

48 Post Shadown Estate Dr.

Spring, TX 77389

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$35,000.00**

**3.49** Nonpriority creditor's name and mailing address
**Crossno, James**

1400 West Abram c/o Hill Gilstrap, PC

Arlington, TX 76013

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Lawsuit pending

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**3.50** Nonpriority creditor's name and mailing address
**Dallas Avionics**

2525 Santa Anna Ave

Dallas, TX 75228-1671

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,414.00**

Debtor    **OutRight Avionics, LLC**                                        Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,580.00
| **Depot Avionics, Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| **2550 State Avenue** | ☐ Unliquidated |
| **Alamosa, CO 81101** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00
| **Design Galveston** | *Check all that apply.* |
| | ☐ Contingent |
| **2811 Inridge Dr.** | ☐ Unliquidated |
| **Austin, TX 78745** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,506.00
| **Discover Financial** | *Check all that apply.* |
| | ☐ Contingent |
| **Attn: Bankruptcy Department** | ☐ Unliquidated |
| **PO Box 15316** | ☐ Disputed |
| **Wilmington, DE 19850-5316** | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred  11/1/1995 | ☑ No |
| Last 4 digits of account number  5  7  3  3 | ☐ Yes |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,608.00
| **Dyer, Scott** | *Check all that apply.* |
| | ☐ Contingent |
| **2000 Old May Ct** | ☐ Unliquidated |
| **College Station, TX 77845** | ☑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,333.48
| **Edmo Distributors** | *Check all that apply.* |
| | ☐ Contingent |
| **18230 E. Mirabeau Pkwy** | ☐ Unliquidated |
| **Spokane, WA 99216** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

Debtor    **OutRight Avionics, LLC**                                         Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.64
**Entergy**

P.O Box 8104

Baton Rouge, LA 70891

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    9  6  7  2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,564.00
**Fabian, Joseph**

P.O. Box 320639

Flowood, MS 39232

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00
**Fillips, Robert**

435 FM 2917 Rd

Alvin, TX 77511

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,991.00
**Frager, David**

4016 Enclave Mesa Cir

Austin, TX 78731

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,901.40
**Frederick, Ben**

44 Beckonvale Ct

The Woodlands, TX 77382-2652

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **OutRight Avionics, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.35
| **Galik, John G** | *Check all that apply.* |
| | ☐ Contingent |
| 34 Greenview St | ☐ Unliquidated |
| Montgomery, TX 77356 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77
| **Galik, Kristin M** | *Check all that apply.* |
| | ☐ Contingent |
| 34 Greenview St | ☐ Unliquidated |
| Montgomery, TX 77356 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,469.17
| **Garmin** | *Check all that apply.* |
| | ☐ Contingent |
| 1200 E. 151st Street | ☐ Unliquidated |
| Olathe, KS 66062 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,202.83
| **Gene, John P** | *Check all that apply.* |
| | ☐ Contingent |
| 305 Mockingbird Lane | ☐ Unliquidated |
| Weatherford, TX 76086 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00
| **General Aviation Services** | *Check all that apply.* |
| | ☐ Contingent |
| 5260 Central PKWY, Hanger 14 | ☐ Unliquidated |
| Conroe, TX 77303 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

Debtor    **OutRight Avionics, LLC**                                           Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.66** Nonpriority creditor's name and mailing address

Genuine Aircraft Hardware

4250 Aerotech Ctr Way, Unit B

Paso Robles, CA 93446

Date or dates debt was incurred  _____

Last 4 digits of account number    T   0   0   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$601.84

---

**3.67** Nonpriority creditor's name and mailing address

Gerthe, Christian D.F.

24909 Stone Xing

Montgomery, TX 77316

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,554.75

---

**3.68** Nonpriority creditor's name and mailing address

Gerthe, Dieter HM

24909 Stone Xing

Montgomery, TX 77316

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,526.26

---

**3.69** Nonpriority creditor's name and mailing address

Giese, Dave

6110 Riverchase Trl

Kingwood, TX 77345

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,000.00

---

**3.70** Nonpriority creditor's name and mailing address

GoDaddy

14455 North Hayden Rd. 219

Scottsdale, AZ 85260

Date or dates debt was incurred  _____

Last 4 digits of account number    9   5   4   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,277.92

---

Debtor    **OutRight Avionics, LLC**
_____
       Name                                                      Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.71** Nonpriority creditor's name and mailing address
Gs Bank Usa

Lockbox 6112

Philadelphia, PA 19170

Date or dates debt was incurred   11/13/2019

Last 4 digits of account number   8  8  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,671.00

---

**3.72** Nonpriority creditor's name and mailing address
Guzman, Joe

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,799.40

---

**3.73** Nonpriority creditor's name and mailing address
Guzman, Joseph

1400 West Abram c/o Hill Gilstrap PC

Arlington, TX 76013

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Lawsuit pending

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.74** Nonpriority creditor's name and mailing address
Hebert, Aaron

5215 N Twin City Hwy

Port Arthur, TX 77642

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,422.00

---

**3.75** Nonpriority creditor's name and mailing address
Hicks, Michael

3306 Cunningham Rd

Wallis, TX 77485

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$41,342.40

---

| Debtor | **OutRight Avionics, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,494.17 |
|---|---|---|---|

**High Desert Avionics**

**4555-9 West G Ave**

**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,212.40 |
|---|---|---|---|

**Hoffpauir, James**

**P.O. Box 896**

**Onalaska, TX 77360**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,827.80 |
|---|---|---|---|

**Holden, David W**

**68 Rua Martine**

**Miramar Beach, FL 32550**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,173.08 |
|---|---|---|---|

**Holder, Barbara A**

**12152 Ivy Drive**

**Conroe, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,173.08 |
|---|---|---|---|

**Holder, Robert W**

**12152 Ivy Drive**

**Conroe, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **OutRight Avionics, LLC**
Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |

---

**3.81** | **Nonpriority creditor's name and mailing address**

Impress Computers

21733 Provincial Blvd 110

Katy, TX 77450

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,209.16

---

**3.82** | **Nonpriority creditor's name and mailing address**

Infante, Jon L

988 Arbor Glen

Conroe, TX 77303

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,187.50

---

**3.83** | **Nonpriority creditor's name and mailing address**

James, Patrick A

12370 Ridgecrest

Willis, TX 77318

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,585.66

---

**3.84** | **Nonpriority creditor's name and mailing address**

Johnson, Van

27911 FM 2100 Rd

Huffman, TX 77336

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,500.00

---

**3.85** | **Nonpriority creditor's name and mailing address**

JP Instruments, Inc

3185-B Airway Avenue

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$900.00

---

Debtor __**OutRight Avionics, LLC**_____     Case number *(if known)* _____
             Name

| Part 2: | Additional Page |
|---|---|

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,995.00
*Check all that apply.*

**K&B Aviation GP LLC**

**Attn: Brent Franks**

**6609 Avenue U**

**Houston, TX 77011**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,280.00
*Check all that apply.*

**Keener, Steven D**

**9782 West Shore Dr**

**Willis, TX 77318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,088.00
*Check all that apply.*

**Kelley, Larry**

**7165 Royal Meadows St**

**Port Arthur, TX 77642**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,282.00
*Check all that apply.*

**Lacock, Lucas D**

**1923 W Welsford Dr**

**Spring, TX 77386-2544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,119.00
*Check all that apply.*

**Lauth, Andy**

**10013 Military Dr**

**Conroe, TX 77303**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **OutRight Avionics, LLC**                                    Case number *(if known)* _____

Name

| Part 2: | Additional Page |

**3.91** **Nonpriority creditor's name and mailing address**

Leofsky, Richard

14100 Lakeport Dr

Willis, TX 77318

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,922.40

---

**3.92** **Nonpriority creditor's name and mailing address**

LexisNexis

RELX Inc. DBA LexisNexis

PO Box 733106

Dallas, TX 75373

Date or dates debt was incurred    _____

Last 4 digits of account number    P  H  7  6

Remarks: Galik Law Firm

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$390.43

---

**3.93** **Nonpriority creditor's name and mailing address**

Lexus Financial Services

P.O. Box 4102

Carol Stream, IL 60197-4102

Date or dates debt was incurred    _____

Last 4 digits of account number    T  4  2  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.94** **Nonpriority creditor's name and mailing address**

Limbaugh, Robert

117 Fairhope Ave

Fairhope, AL 36532

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,899.40

---

**3.95** **Nonpriority creditor's name and mailing address**

Martin, Gary

440 Forest Dr

Lake Jackson, TX 77566

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,452.00

---

Debtor      **OutRight Avionics, LLC**
            _____          Case number *(if known)* _____
            Name

---

| Part 2: | Additional Page |
|---------|-----------------|

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|------|-----|-----|-----|
| | Martin, Randy | ☐ Contingent | |
| | 4973 Hilltop Ranch Ct | ☐ Unliquidated | |
| | Montgomery, TX 77316 | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,937.00 |
|------|-----|-----|-----|
| | McCaskill, Sam | ☐ Contingent | |
| | P.O. Box 340339 | ☐ Unliquidated | |
| | Austin, TX 78734 | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|------|-----|-----|-----|
| | McDaniel, Joe | ☐ Contingent | |
| | 6027 US Highway 259 N | ☐ Unliquidated | |
| | Henderson, TX 75652 | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,135.00 |
|------|-----|-----|-----|
| | McQuown, Todd | ☐ Contingent | |
| | 108 Ebner Lake Front Dr | ☐ Unliquidated | |
| | Montgomery, TX 77316 | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,548.33 |
|-------|-----|-----|-----|
| | Mid-Continent Instruments | ☐ Contingent | |
| | 9400 E 34th Street North | ☐ Unliquidated | |
| | Wichita, KS 67226 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  0  4  3  7 | ☑ No  ☐ Yes | |

---

Debtor   **OutRight Avionics, LLC**                                   Case number *(if known)* _____
　　　　　Name

| Part 2: | Additional Page |
| --- | --- |

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

Montgomery County MUD #18

P.O. Box 1170

Montgomery, TX 77356

Date or dates debt was incurred _____

Last 4 digits of account number    3   0   0   5

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$512.28** |

Mouser Electronics

1000 North Main Street

Mansfield, TX 76063

Date or dates debt was incurred _____

Last 4 digits of account number    0   3   5   1

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,045.40** |

Murphy, David

19606 Powerscourt Dr

Humble, TX 77346

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$34,353.37** |

MW Aircraft Services

10298 C Pickerings Mem Dr

Conroe, TX 77303

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,887.00** |

Navient

Attn: Bankruptcy

PO Box 9000

Wiles-Barr, PA 18773-9000

Date or dates debt was incurred    1/1/2001

Last 4 digits of account number    0   1   3   1

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **OutRight Avionics, LLC**                                Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.106**   **Nonpriority creditor's name and mailing address**

Nelnet

Attn: Bankruptcy Claims

PO Box 82505

Lincoln, NE 68501-2505

Date or dates debt was incurred      6/1/2005

Last 4 digits of account number      7  1  9  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,634.00

---

**3.107**   **Nonpriority creditor's name and mailing address**

Osterhus, Doug

P.O. Box 72

Bellaire, TX 77402

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,240.00

---

**3.108**   **Nonpriority creditor's name and mailing address**

Pearsall, Mason

12507 Telge Road

Cypress, TX 77429

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,995.00

---

**3.109**   **Nonpriority creditor's name and mailing address**

Pitney Bowes

3001 Summer St

Stamford, CT 06905-4317

Date or dates debt was incurred      _____

Last 4 digits of account number      6  5  4  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.110**   **Nonpriority creditor's name and mailing address**

Plane Den Aircraft Structures, LLC

1137 Brecon Lane

Austin, TX 78748

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,942.50

---

Debtor    **OutRight Avionics, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.111**

Nonpriority creditor's name and mailing address

Pool Tec Pool & Spa

17118 Grey Oaks Dr

Conroe, TX 77385

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.112**

Nonpriority creditor's name and mailing address

Probst, Adam R

265 Thunderbird Dr

Conroe, TX 77304

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,537.50

---

**3.113**

Nonpriority creditor's name and mailing address

Putz Jr, Robert H

3306 Durant Ct

Bryan, TX 77802

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,628.00

---

**3.114**

Nonpriority creditor's name and mailing address

Rance, Cory

12071 S Whitehall Rd

Moody, TX 76557

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,068.40

---

**3.115**

Nonpriority creditor's name and mailing address

Rance, Cory

1400 West Abram c/o Hill Gilstrap, PC

Arlington, TX 76013

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Remarks: Lawsuit pending

---

Debtor     **OutRight Avionics, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

---

**3.116** | Nonpriority creditor's name and mailing address

Roberston, Thomas A

311 Elkins Lake

Huntsville, TX 77340

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00

---

**3.117** | Nonpriority creditor's name and mailing address

Robinson, Joey and Casey

311 Elkins Lane

Huntsville, TX 77340

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,522.00

---

**3.118** | Nonpriority creditor's name and mailing address

Schultz, Daniel

16192 Coastal Hwy

Lewes, DE 19958-3608

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,172.00

---

**3.119** | Nonpriority creditor's name and mailing address

Security Service FCU

Risk Management

PO Box 691586

San Antonio, TX 78269

Date or dates debt was incurred          10/1/2006

Last 4 digits of account number      2  0  2  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.120** | Nonpriority creditor's name and mailing address

Seiler Mitby, PLLC

Attn: Kenna Seiler

2700 Research Forrest Dr 100

Spring, TX 77381

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,425.00

---

Debtor     **OutRight Avionics, LLC**                                                    Case number *(if known)* _____
           Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,848.00** |

Sindhu, Azhar

19123 Aquatic Dr

Humble, TX 77346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Snap On Crdt

950 Technology Way Suite 301

Libertyville, IL 60048

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     8/4/2005

Last 4 digits of account number     3  8  2  5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,000.00** |

Souders, Steve

37703 Parkway Oaks

Magnolia, TX 77355

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Synchrony Bank/Care Credit

Attn: Bankruptcy Dept

PO Box 965064

Orlando, FL 32896-5060

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     5/1/2017

Last 4 digits of account number     4  4  1  7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

Tachus

2407 Timberloch Place G

Spring, TX 77389

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **OutRight Avionics, LLC**                                    Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $951.09
Texas Aircraft Instruments | *Check all that apply.*
| ☐ Contingent
1911 South Gordon Street | ☐ Unliquidated
| ☐ Disputed
Alvin, TX 77511 |
| **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,453.19
Textron Aviation | *Check all that apply.*
| ☐ Contingent
23260 Newark Place | ☐ Unliquidated
| ☐ Disputed
Chicago, IL |
| **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number  0  9  4  6 | ☐ Yes

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,778.00
Toyota Financial Services | *Check all that apply.*
| ☐ Contingent
Attn: Bankruptcy | ☐ Unliquidated
| ☐ Disputed
PO Box 8026 |
| **Basis for the claim:** _____
Cedar Rapids, IA 52409-8026 |
| **Is the claim subject to offset?**
Date or dates debt was incurred  5/1/2019 | ☑ No
Last 4 digits of account number  T  4  2  9 | ☐ Yes

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
Toyota Financial Services | *Check all that apply.*
| ☐ Contingent
Attn: Bankruptcy | ☐ Unliquidated
| ☐ Disputed
PO Box 8026 |
| **Basis for the claim:** _____
Cedar Rapids, IA 52409-8026 |
| **Is the claim subject to offset?**
Date or dates debt was incurred  12/1/2016 | ☑ No
Last 4 digits of account number  W  7  2  9 | ☐ Yes

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,888.00
Tuggle , John | *Check all that apply.*
| ☐ Contingent
| ☐ Unliquidated
| ☑ Disputed
|
| **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes
**Remarks:** OutRight Avionics Customer Deposit |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **OutRight Avionics, LLC**                                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |
|---|---|

**3.131** | Nonpriority creditor's name and mailing address
**UPS**

P.O. Box 7247-0244

Philadelphia, PA 19170

Date or dates debt was incurred   _____

Last 4 digits of account number   1   8   7   W

**As of the petition filing date, the claim is:** $357.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address
**USAA Federal Savings Bank**

Attn: Bankruptcy

10750 McDermott Freeway

San Antonio,, TX 78288-9876

Date or dates debt was incurred   8/1/1995

Last 4 digits of account number   3   8   3   6

**As of the petition filing date, the claim is:** $18,871.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address
**USAA Property and Casualty**

10750 McDermott Fwy

San Antonio, TX 78288-0570

Date or dates debt was incurred   _____

Last 4 digits of account number   5   6   2   8

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address
**Van Bortel Aircraft, Inc**

4912 S Collins St

Arlington, TX 76016

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** $9,738.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address
**Venteicher, Gerry**

121 Southwood Dr

Bossier City, LA 71111-6050

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** $8,397.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **OutRight Avionics, LLC**                                  Case number *(if known)* _____
         Name

---

| **Part 2:** | Additional Page |

---

**3.136** Nonpriority creditor's name and mailing address

Verizon Wireless

PO Box 489

Newark, NJ 07101

Date or dates debt was incurred   _____

Last 4 digits of account number   0  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.137** Nonpriority creditor's name and mailing address

Vineyard, David

324 Burrows St

Nacogdoches, TX 75965

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,428.00

---

**3.138** Nonpriority creditor's name and mailing address

Vivent-Security System

62992 Collections Dr

Chicago, IL 60693-0629

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.139** Nonpriority creditor's name and mailing address

VNE Aviation, LLC

Attn: Michael Wise

675 Clear Springs Hollow

Buda, TX 78610

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$35,699.40

---

**3.140** Nonpriority creditor's name and mailing address

Volkswagen Credit, Inc

Attn: Bankruptcy

PO Box 3

Hillboro, OR 97123-0003

Date or dates debt was incurred   9/1/2008

Last 4 digits of account number   6  7  6  8

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

Debtor      **OutRight Avionics, LLC**                                                    Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

**3.141** Nonpriority creditor's name and mailing address

Walker, George

12412 Sagittarius Dr E

Willis, TX 77318

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$54,824.40

---

**3.142** Nonpriority creditor's name and mailing address

Walker, George

c/o Hill Gilstrap, PC

Arlington, TX 76013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Lawsuit pending

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.143** Nonpriority creditor's name and mailing address

Watchdog Security

330 Rayford Rd. 207

Spring, TX 77386

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$178.58

---

**3.144** Nonpriority creditor's name and mailing address

Webber, Bruce

201 Stearman Dr

Georgetown, TX 78628

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,655.00

---

**3.145** Nonpriority creditor's name and mailing address

Wells Fargo Bank

Attn: Written Correspondnce Dept

PO Box 10335

Des Moines, IA 50306

Date or dates debt was incurred      9/1/2007

Last 4 digits of account number      0   0   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   __OutRight Avionics, LLC__                                      Case number *(if known)* _____
   Name

| Part 2: | Additional Page |

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| Wells Fargo Bank NA | *Check all that apply.*
| | ☐ Contingent
| Attn: Bankruptcy | ☐ Unliquidated
| | ☐ Disputed
| 1 Home Campus MAC X2303-01A |
| Des Moines, IA 50328 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   8/1/2014 | ☑ No
| Last 4 digits of account number   3  8  6  7 | ☐ Yes

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| Wells Fargo Bank NA | *Check all that apply.*
| | ☐ Contingent
| Attn: Bankruptcy | ☐ Unliquidated
| | ☐ Disputed
| 1 Home Campus MAC X2303-01A |
| Des Moines, IA 50328 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   5/2/2008 | ☑ No
| Last 4 digits of account number   6  7  6  5 | ☐ Yes

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,121.00
| Wf/gallery | *Check all that apply.*
| | ☐ Contingent
| Po Box 14517 | ☐ Unliquidated
| Des Moines, IA 50306 | ☐ Disputed
| | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   5/1/2017 | ☑ No
| Last 4 digits of account number   6  1  4  1 | ☐ Yes

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,699.00
| Wf/gallery | *Check all that apply.*
| | ☐ Contingent
| Po Box 14517 | ☐ Unliquidated
| Des Moines, IA 50306 | ☐ Disputed
| | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   5/1/2017 | ☑ No
| Last 4 digits of account number   6  1  3  3 | ☐ Yes

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| Wf/matfirm | *Check all that apply.*
| | ☐ Contingent
| Po Box 14517 | ☐ Unliquidated
| Des Moines, IA 50306 | ☐ Disputed
| | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   8/30/2015 | ☑ No
| Last 4 digits of account number   0  7  1  5 | ☐ Yes

Debtor    **OutRight Avionics, LLC**_____        Case number *(if known)* _____
_____Name_____

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.151** | Nonpriority creditor's name and mailing address
Wheless, Ryan

13810 Champion Forest Dr 02

Houston, TX 77069

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,284.45

---

**3.152** | Nonpriority creditor's name and mailing address
WireMasters

P.O. Box 734418

Chicago, IL 60673

Date or dates debt was incurred    _____

Last 4 digits of account number    2  3  7  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,770.00

---

**3.153** | Nonpriority creditor's name and mailing address
Wootton, Don

22606 Main Blvd #1

Tomball, TX 77377

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,549.00

---

**3.154** | Nonpriority creditor's name and mailing address
Xylon Aviation LLC

1050 Bentwater Dr.

Montgomery, TX 77356

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Lease

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **OutRight Avionics, LLC**
_____    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $82,961.54 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,971,797.47 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,054,759.01 |

Fill in this information to identify the case:

Debtor name _____OutRight Avionics, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas, Houston Division_____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Office/Shop Lease — Contract to be REJECTED<br>State the term remaining — 24 months<br>List the contract number of any government contract | Xylon Aviation LLC<br>1050 Bentwater Dr.<br>Montgomery, TX 77356 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name      OutRight Avionics, LLC

United States Bankruptcy Court for the:

       Southern District of Texas, Houston Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include** all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Galik, John G | 34 Greenview St <br> Street <br><br> Montgomery, TX 77356 <br> City                          State          ZIP Code | Allegiance Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Allegiance Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Plains State Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Security Bank Crawford | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Byrd Jr, Jerome | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Ball, Tom | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Kabbage/Celtic Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | OnDeck Capital, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   OutRight Avionics, LLC
_____   Case number *(if known)* _____
         Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.2  Galik, Kristin Michelle | 34 Greenview Street <br> Street <br><br> Montgomery, TX 77356 <br> City        State   ZIP Code | Byrd Jr, Jerome | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3  Galik, Kristin M | 34 Greenview St <br> Street <br><br> Montgomery, TX 77356 <br> City        State   ZIP Code | Allegiance Bank | ☑ D <br> ☐ E/F <br> ☐ G |
|  |  | Allegiance Bank | ☑ D <br> ☐ E/F <br> ☐ G |
|  |  | Plains State Bank | ☑ D <br> ☐ E/F <br> ☐ G |
|  |  | Security Bank Crawford | ☑ D <br> ☐ E/F <br> ☐ G |
|  |  | Ball, Tom | ☑ D <br> ☐ E/F <br> ☐ G |
|  |  | Kabbage/Celtic Bank | ☑ D <br> ☐ E/F <br> ☐ G |
|  |  | OnDeck Capital, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    OutRight Avionics, LLC
                Name                                                                Case number *(if known)*

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.4 | Street <br> <br> City                State    ZIP Code | | |
| 2.5 | Street <br> <br> City                State    ZIP Code | | |
| 2.6 | Street <br> <br> City                State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____OutRight Avionics, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas, Houston Division_____

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................

   | $1,375,780.78 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................................

   | $1,375,780.78 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................

   | $1,444,314.51 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................

   | $82,961.54 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................

   | **+**   $1,971,797.47 |

4. **Total liabilities**......................................................................................................................................
   Lines 2 + 3a + 3b

   | $3,499,073.52 |

| Fill in this information to identify the case: |
| --- |
| Debtor name            OutRight Avionics, LLC |
| United States Bankruptcy Court for the: |
|              Southern District of Texas, Houston Division |
| Case number (if known): |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $724,024.03 |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,580,650.76 |
| **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,596,229.69 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

| Debtor | OutRight Avionics, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Aircraft Spruce & Specialty<br>Creditor's name<br><br>225 Airport Circle<br>Street<br><br><br>Corona, CA 92878<br>City                State      ZIP Code | | $22,149.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Allegiance Bank<br>Creditor's name<br><br>8727 W. Sam Houston Parkway N. Suite 100<br>Street<br><br><br>Houston, TX 77040<br>City                State      ZIP Code | | $40,001.78 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. Aviall/Boeing Company<br>Creditor's name<br><br>PO Box 619048<br>Street<br><br><br>Dallas, TX 75261<br>City                State      ZIP Code | | $27,395.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. Avidyne<br>Creditor's name<br><br>Street<br><br><br>City                State      ZIP Code | | $5,410.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. Blue Cross Blue Shield<br>Creditor's name<br><br>Street<br><br><br>City                State      ZIP Code | | $12,259.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor     OutRight Avionics, LLC                               Case number *(if known)* _____
        Name

---

3.6.  Coats & Evans, PC              $17,165.00     ☐ Secured debt
      Creditor's name                                    ☐ Unsecured loan repayments

      Street                                            ☐ Suppliers or vendors
      P.O. Box 130246                           ☑ Services

      Spring, TX 77393                        ☐ Other _____
      City             State     ZIP Code

---

3.7.  Dallas Avionics                $4,267.16     ☐ Secured debt
      Creditor's name                                    ☐ Unsecured loan repayments
      2525 Santa Anna Ave                     ☑ Suppliers or vendors
      Street                                              ☐ Services

      Dallas, TX 75228-1671                   ☐ Other _____
      City             State     ZIP Code

---

3.8.  Elliott Aviation              $11,000.00     ☐ Secured debt
      Creditor's name                                    ☐ Unsecured loan repayments

      Street                                            ☑ Suppliers or vendors
                                               ☐ Services

      City             State     ZIP Code        ☐ Other _____

---

3.9.  Garmin                     $210,000.00     ☐ Secured debt
      Creditor's name                                    ☐ Unsecured loan repayments
      1200 E. 151st Street                       ☑ Suppliers or vendors
      Street                                              ☐ Services

      Olathe, KS 66062                        ☐ Other _____
      City             State     ZIP Code

---

3.10.  General Avionics            $12,511.84     ☐ Secured debt
      Creditor's name                                    ☐ Unsecured loan repayments

      Street                                            ☑ Suppliers or vendors
                                               ☐ Services

      City             State     ZIP Code        ☐ Other _____

---

3.11.  Greatland Holdings           $5,400.00     ☐ Secured debt
      Creditor's name                                    ☐ Unsecured loan repayments

      Street                                            ☑ Suppliers or vendors
                                               ☐ Services

      City             State     ZIP Code        ☐ Other _____

Debtor ___OutRight Avionics, LLC_____        Case number *(if known)* _____
      Name

---

3.12.   __IPFS_____        _____   $5,016.04
      Creditor's name
      _____
      Street
      _____
      _____
      City      State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

3.13.   __Mid-Continent Instruments____        _____   $8,480.97
      Creditor's name
      __9400 E 34th Street North_____
      Street
      _____
      __Wichita, KS 67226_____
      City      State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

3.14.   __Nason Associates_____        _____   $6,174.00
      Creditor's name
      _____
      Street
      _____
      _____
      City      State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

3.15.   __Schnur, Peter_____        _____   $6,651.00
      Creditor's name
      _____
      Street
      _____
      _____
      City      State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other _Refund_____

---

3.16.   __Plains State Bank_____        _____   $4,217.86
      Creditor's name
      __PO Box 62005_____
      Street
      _____
      __Houston, TX 77205_____
      City      State   ZIP Code

- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

3.17.   __Tate, Richard_____        _____   $7,500.00
      Creditor's name
      _____
      Street
      _____
      _____
      City      State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

Debtor    OutRight Avionics, LLC
_____
    Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.18. | Anderson, Roy | $172,432.00 |
| | Creditor's name | |
| | 4900 Courthouse Rd | |
| | Street | |
| | | |
| | Gulfport, MS 39507 | |
| | City    State    ZIP Code | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Refund _____

| | | |
|---|---|---|
| 3.19. | Security Bank Crawford | $67,301.78 |
| | Creditor's name | |
| | PO Box 90 | |
| | Street | |
| | | |
| | Crawford, TX 76638 | |
| | City    State    ZIP Code | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| | | |
|---|---|---|
| 3.20. | Texas Comptroller of Public Accounts | $10,916.86 |
| | Creditor's name | |
| | 111 East 17th Street | |
| | Street | |
| | | |
| | Austin, TX 78774 | |
| | City    State    ZIP Code | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  taxes _____

| | | |
|---|---|---|
| 3.21. | Ratcliff, Steve | $8,900.00 |
| | Creditor's name | |
| | | |
| | Street | |
| | | |
| | City    State    ZIP Code | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Refund _____

| | | |
|---|---|---|
| 3.22. | Internal Revenue Service | $3,418.00 |
| | Creditor's name | |
| | 1919 Smith St., Stop 5022 HOU | |
| | Street | |
| | Insolvency Section | |
| | Houston, TX 77002 | |
| | City    State    ZIP Code | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  taxes _____

| | | |
|---|---|---|
| 3.23. | Xylon Aviation LLC | $64,003.87 |
| | Creditor's name | |
| | 1050 Bentwater Dr. | |
| | Street | |
| | | |
| | Montgomery, TX 77356 | |
| | City    State    ZIP Code | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Lease _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

Debtor _____OutRight Avionics, LLC_____     Case number *(if known)* _____
              Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code <br><br> **Relationship to debtor** | _____ <br><br> _____ <br><br> _____ <br><br> _____ <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ <br><br> _____ <br><br> _____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> City          State    ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. Plains State Bank <br> Creditor's name <br><br> PO Box 62005 <br> Street <br><br> _____ <br><br> Houston, TX 77205 <br> City          State    ZIP Code | Set off after garnishment served. <br><br> XXXX– ___ ___ ___ ___ | 3/17/2020 | $26,375.59 |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

Debtor _____OutRight Avionics, LLC_____        Case number *(if known)* _____

        Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | See attached | | See attached | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State     ZIP Code | | City          State     ZIP Code |
| | | **Date of order or assignment** | |

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Cy Fair Intruders | | 8/15/19, 10/6/19, | $2,024.99 |
| | Recipient's name | | 10/18/19 | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | Daughter's Softball TEam | | | |

| **Part 5:** | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    OutRight Avionics, LLC
_____    Case number *(if known)* _____
        Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Byman & Associates, PLLC | Attorney's Fee | 4/3/2020 | $7,500.00 |
| | **Address** | | | |
| | 7924 Broadway Suite 104<br>Street | | | |
| | Pearland, TX 77581<br>City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Debtor ___OutRight Avionics, LLC_____   Case number *(if known)*_____
      Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

---

**Part 8:    Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
  —diagnosing or treating injury, deformity, or disease, or
  —providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor    OutRight Avionics, LLC                                       Case number *(if known)*

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City     State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor _____OutRight Avionics, LLC_____     Case number *(if known)* _____
      Name

18.1 _____  XXXX– ___ ___ ___ ___  ☐ Checking       _____   _____
    Name                                                                ☐ Savings
    _____                        ☐ Money market
    Street                                                              ☐ Brokerage
    _____                        ☐ Other
    _____                        _____
    City      State  ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City     State   ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City     State   ZIP Code | | | |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor ___OutRight Avionics, LLC_____     Case number *(if known)* _____
            Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various | | Various parts held on consignment | $63,735.00 |
| Name | | for customers on a 70/30 agreement | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor ___OutRight Avionics, LLC_____  Case number *(if known)* _____
         Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State    ZIP Code | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br><br> **Dates business existed** <br><br> From _____  To _____ |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Barbara Holder <br> Name <br> 1512 Ivy Dr. <br> Street <br> _____ <br> Conroe, TX 77303 <br> City          State          ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    OutRight Avionics, LLC        Case number *(if known)* _____
       Name

| Name and address | Dates of service |
|---|---|
| 26b.1.   ABS Bookkeeping & Tax Service, Inc. <br> Name <br> 1002 E. Elms Rd. Suite 111 <br> Street <br><br> Killeen, TX 76542 <br> City     State     ZIP Code | From 5/2015     To present |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Galik, John G <br> Name <br> 34 Greenview St <br> Street <br><br> Montgomery, TX 77356 <br> City     State     ZIP Code | |
| 26c.2.   Galik, Kristin M <br> Name <br> 34 Greenview St <br> Street <br><br> Montgomery, TX 77356 <br> City     State     ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> Name <br><br> Street <br><br> City     State     ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    OutRight Avionics, LLC                             Case number *(if known)*
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City             State         ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Galik, John G | 34 Greenview St Montgomery, TX 77356 | Member/General Manager, | 51.00 % |
| Galik, Kristin M | 34 Greenview St Montgomery, TX 77356 | Member, | 49.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. Galik, John G | $3,461 gross per pay period | Various over last 1 year | Salary |
| Name | | | |
| 34 Greenview St | | | |
| Street | | | |
| Montgomery, TX 77356 | | | |
| City    State    ZIP Code | | | |

| Relationship to debtor |
| --- |

Owner/President

Debtor     OutRight Avionics, LLC                      Case number *(if known)* _____
             Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2.   Galik, Kristin M<br>Name<br><br>34 Greenview St<br>Street<br><br><br>Montgomery, TX 77356<br>City        State     ZIP Code | $1,730.77 per pay period | Various | Salary |

**Relationship to debtor**

Co-Owner, General Counsel, Vice President

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3.   Galik, John G<br>Name<br><br>34 Greenview St<br>Street<br><br><br>Montgomery, TX 77356<br>City        State     ZIP Code | $61,804.77 | Various | Owner Draws to John and Kristin Galik (for mortgage payments and personal expenses in lieu of market rate salary) |

**Relationship to debtor**


**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |


**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |


**Part 14:**   Signature and Declaration

| Debtor | OutRight Avionics, LLC | Case number *(if known)* |
|--------|------------------------|---------------------------|
|        | Name |  |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 04/07/2020 _____
                MM/ DD/ YYYY

**X** _____ /s/ John Galik _____
       Signature of individual signing on behalf of the debtor

       Position or relationship to debtor
       _____ President _____

Printed name _____ John Galik _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## LAWSUITS

**Case Name:**   Security Bank of Crawford v. OutRight Avionics, LLC, A Texas Limited Liability Company, Kristin M Galik, and John Galik
**Case No.:**   2019-270-4
**Court Name:** 170th Judicial District of McLennan County, Texas
**Address:**   501 Washington Avenue, Suite 211, Waco, TX 76701
**Status**   Concluded
**Nature of the Case: Suit on Note for OutRight Avionics, LLC - OutRight Avionics renegotiated the loan**

**Case Name:**   Michael Joseph and Flying Barefoot Ranch, LLC v. John Galik and OutRight Avionics, LLC
**Case No.:**   19 DCV 262258
**Court Name:** 240th Judicial District, Fort Bend County, Texas
**Address:**   301 Jackson Street, Richmond, TX 77469
**Status**   Concluded
**Nature of the Case:   He wanted OutRight Avionics to sell his used equipment and then thought it was worth a whole lot more.**

**Case Name:**   James Crossno v. OutRight Avionics, LLC, John Galik and Garmin USA, Inc.
**Case No.:**   19-10-13614
**Court Name:** 410th Judicial District, Montgomery County, Texas
**Address:**   301 North Main, Suite 214  Conroe, Texas 77301
**Status**   Concluded
**Nature of the case:  Wanted his deposit back from OutRight Avionics, LLC, which he received within 10 days of request. Filed lawsuit prior to demand.**

**Case Name:**   Tom Ball v. OutRight Avionics, LLC
**Case No.:**   18-12-16189
**Court Name:** 284th Judicial District, Montgomery County, Texas
**Address:**   301 North Main, Suite 214  Conroe, Texas 77301
**Status**   Disposed
**Nature of the case: Suit on Note from OutRight Avionics, LLC**

**Case Name:**   OutRight Avionics, LLC v. Tom Ball
**Case No.:**   19-03-03966
**Court Name:** 284th Judicial District, Montgomery County, Texas
**Address:**   301 North Main, Suite 214  Conroe, Texas 77301
**Status**   Disposed
**Nature of the case: Suit on Note from OutRight Avionics, LLC**

**Case Name:** Tom Ball/ Garnishor v. Plains State Bank, Garnishee, OutRight Avionics, LLC
**Case No.:** 20-03-03781
**Court Name:** 284th Judicial District, Montgomery County, Texas
**Address:** 301 North Main, Suite 214  Conroe, Texas 77301
**Status** Disposed
**Nature of the case: Suit on Note from OutRight Avionics, LLC**

**Case Name:** Tom Ball/ Garnishor v. JP Morgan Chase National Association, Garnishee, OutRight Avionics, LLC
**Case No.:** 20-03-03782
**Court Name:** 284th Judicial District, Montgomery County, Texas
**Address:** 301 North Main, Suite 214  Conroe, Texas 77301
**Status** Pending
**Nature of the case: Suit on Note from OutRight Avionics, LLC**

**Case Name:** OutRight Avionics, LLC v. Eric Spain, Spain Aviation, LLC
**Case No.:** 20-03-03679
**Court Name:** 284th Judicial District, Montgomery County, Texas
**Address:** 301 North Main, Suite 214  Conroe, Texas 77301
**Status** Pending
**Nature of the case: Suit on Note from OutRight Avionics, LLC**

**Case Name:** James Crossno, Cory Rance, George Walker, Joseph Gusman v. OutRight Avionics, LLC, John Galik and Garmin USA
**Case No.:** 20-03-04081
**Court Name:** 20-03-03679
**Address:** 301 North Main, Suite 214  Conroe, Texas 77301
**Status** Not Served
**Nature of the case: Suit on Note from OutRight Avionics, LLC**

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**

OutRight Avionics, LLC

**Debtor(s)**

Case No. _____

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .   $7,500.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . .   $7,500.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $0.00

2.  The source of the compensation to be paid to me was:
    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor                    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Representation in any adversary proceeding filed against you in your chapter 7 proceeding. Representation in any contested matter filed by you or against you in your chapter 7 proceeding, including but not limited to 2004 notices, 2004 examinations, Motions for Relief under section 362, Motion to Dismiss under section 707 or otherwise, and Motions to Convert. Representation of you in any of these proceedings may be available on an hourly basis (or contingent fee) and a separate fee agreement must be executed for such representation.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/07/2020
*Date*

/s/ Allison D. Byman
*Signature of Attorney*

Allison D. Byman
Bar Number: 24040773
Byman & Associates, PLLC
7924 Broadway Suite 104
Pearland, TX 77581
Phone: (281) 884-9269

Byman & Associates, PLLC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **OutRight Avionics, LLC**                                        CASE NO

                                                                         CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____04/07/2020_____      Signature _____/s/ John Galik_____
                                                                         John Galik, President

Air Capital Dial, Inc.
220 N. Vine
Wichita, KS 67203


Aircraft Spruce & Specialty
225 Airport Circle
Corona, CA 92878


Alamo Plating & Metal Finish
9230 Converse Business Ln.
Converse, TX 78109


Allegiance Bank
8727 W. Sam Houston Parkway N. Suite
100
Houston, TX 77040


Allied Electronics
7151 Jack Newell Blvd. S
Fort Worth, TX 76118


Jose A Amador
19603 Swan Valley Dr
Cypress, TX 77433


American Express
P.O. Box 650448
Dallas, TX 75265


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Kris Anantasomboon
705 Glaze Circle
Hewitt, TX 76643

Roy Anderson
4900 Courthouse Rd
Gulfport, MS 39507

Apple Card
P.O. Box 7247
Philadelphia, PA 19170

Carlos Arana
15 Split Rail Pl
Spring, TX 77382

Aspen Avionics
5001 Indian School Road, NE
Albuquerque, NM 87110

Associated Aircraft Supply,
LLC
3250 Stone Myers Parkway
Grapevine, TX 76051

AT&T

Aviall/Boeing Company
PO Box 619048
Dallas, TX 75261

Tom Ball
222 Club Island Way
Montgomery, TX 77356

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Jason Beaver
950 Seven Hills Dr 1124
Henderson, NV 89052

Chuck Beecher
4230 SE King Rd Unit 365
Portland, OR 97222

Bentwater Yacht and Country
Club
800 Bentwater Dr
Montgomery, TX 77356-8256

Josh Berman
14119 Renee Lane
College Station, TX 77845

BHE & Associates Ltd.
12002 Warfield St Ste 250
San Antonio, TX 78216-3219

Al Bledsoe
1201 The Cape Rd
Horseshoe Bay, TX 78657

Boxwell Avionics
3050 Airman Dr.
Fort Pierce, FL 34946


Christopher S Brandley
12370 Ridgecrest
Willis, TX 77318


Neal Bridges
15421 Highway 12
Orange, TX 77632


Robert M Briscoe
4401 Gibson St
Houston, TX 77007


Stefan Buca
1024 N Oak Cliff Blvd
Dallas, TX 75208


Jerome Byrd, Jr
3307 Courtland Manor Lane
Kingwood, TX 77339


Cal America Mobil
4145 Belt Line Rd # 212-247
Addison, TX 75001-4324


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Paul Carper
10070 Airport Road
Conroe, TX 77303


Steve Cary
4320 Brownstone Dr
Beaumont, TX 77706


Castleberry Instruments
13405 Immanuel Rd Ste 1a
Pflugerville, TX 78660-8338


Dave Catalani
234 Tortoisde Creek Pl
Spring, TX 77389


Centerpoint
P.O. Box 4981
Houston, TX 77210-4981


Century Flight Systems, Inc.
Po Box 610
Mineral Wells, TX 76068-0610


Ces/clsf
C/o Acs
Utica, NY 13501


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Chase Card Services
PO Box 15123
Wilmington, DE 19850

City of Conroe
Alarms Division
PO Box 140875
Irving, TX 75014

City of Conroe
Water Department
PO Box 1669
Houston, TX 77251

Clean Planes "R" Us

Coats & Evans, PC
Attn: Gary L Evans
P.O. Box 130246
Spring, TX 77393

John Cohron
20630 Sundance Springs Ln
Spring, TX 77379

Comenity Bank/Jared
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218

Compass Bank
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296

Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166-6523


Debbie Cran
48 Post Shadown Estate Dr.
Spring, TX 77389


James Crossno
1400 West Abram c/o Hill Gilstrap, PC
Arlington, TX 76013


Dallas Avionics
2525 Santa Anna Ave
Dallas, TX 75228-1671


Depot Avionics, Inc.
2550 State Avenue
Alamosa, CO 81101


Design Galveston
2811 Inridge Dr.
Austin, TX 78745


Discover Financial
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850-5316


Scott Dyer
2000 Old May Ct
College Station, TX 77845

Edmo Distributors
18230 E. Mirabeau Pkwy
Spokane, WA 99216


Entergy
P.O Box 8104
Baton Rouge, LA 70891


Joseph Fabian
P.O. Box 320639
Flowood, MS 39232


Robert Fillips
435 FM 2917 Rd
Alvin, TX 77511


David Frager
4016 Enclave Mesa Cir
Austin, TX 78731


Ben Frederick
44 Beckonvale Ct
The Woodlands, TX 77382-2652


John G Galik
34 Greenview St
Montgomery, TX 77356


Kristin Michelle Galik
34 Greenview Street
Montgomery, TX 77356

Kristin M Galik
34 Greenview St
Montgomery, TX 77356

Garmin
1200 E. 151st Street
Olathe, KS 66062

John P Gene
305 Mockingbird Lane
Weatherford, TX 76086

General Aviation Services
5260 Central PKWY, Hanger 14
Conroe, TX 77303

Genuine Aircraft Hardware
4250 Aerotech Ctr Way, Unit B
Paso Robles, CA 93446

Christian D.F. Gerthe
24909 Stone Xing
Montgomery, TX 77316

Dieter HM Gerthe
24909 Stone Xing
Montgomery, TX 77316

Dave Giese
6110 Riverchase Trl
Kingwood, TX 77345

GoDaddy
14455 North Hayden Rd. 219
Scottsdale, AZ 85260


Gs Bank Usa
Lockbox 6112
Philadelphia, PA 19170


Joe Guzman


Joseph Guzman
1400 West Abram c/o Hill Gilstrap PC
Arlington, TX 76013


Aaron Hebert
5215 N Twin City Hwy
Port Arthur, TX 77642


Michael Hicks
3306 Cunningham Rd
Wallis, TX 77485


High Desert Avionics
4555-9 West G Ave
Lancaster, CA 93536


James Hoffpauir
P.O. Box 896
Onalaska, TX 77360

David W Holden
68 Rua Martine
Miramar Beach, FL 32550


Barbara A Holder
12152 Ivy Drive
Conroe, TX 77303


Robert W Holder
12152 Ivy Drive
Conroe, TX 77303


Impress Computers
21733 Provincial Blvd 110
Katy, TX 77450


Jon L Infante
988 Arbor Glen
Conroe, TX 77303


Internal Revenue Service
Insolvency Section
1919 Smith St., Stop 5022 HOU
Houston, TX 77002


Patrick A James
12370 Ridgecrest
Willis, TX 77318


Van Johnson
27911 FM 2100 Rd
Huffman, TX 77336

JP Instruments, Inc
3185-B Airway Avenue

K&B Aviation GP LLC
Attn: Brent Franks
6609 Avenue U
Houston, TX 77011

Kabbage/Celtic Bank
PO Box 77081
Atlanta, GA 30357

Steven D Keener
9782 West Shore Dr
Willis, TX 77318

Larry Kelley
7165 Royal Meadows St
Port Arthur, TX 77642

Lucas D Lacock
1923 W Welsford Dr
Spring, TX 77386-2544

Andy Lauth
10013 Military Dr
Conroe, TX 77303

Richard Leofsky
14100 Lakeport Dr
Willis, TX 77318

LexisNexis
RELX Inc. DBA LexisNexis
PO Box 733106
Dallas, TX 75373

Lexus Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102

Robert Limbaugh
117 Fairhope Ave
Fairhope, AL 36532

Gary Martin
440 Forest Dr
Lake Jackson, TX 77566

Randy Martin
4973 Hilltop Ranch Ct
Montgomery, TX 77316

Sam McCaskill
P.O. Box 340339
Austin, TX 78734

Joe McDaniel
6027 US Highway 259 N
Henderson, TX 75652

Todd McQuown
108 Ebner Lake Front Dr
Montgomery, TX 77316

Mid-Continent Instruments
9400 E 34th Street North
Wichita, KS 67226


Montgomery County MUD #18
P.O. Box 1170
Montgomery, TX 77356


Mouser Electronics
1000 North Main Street
Mansfield, TX 76063


David Murphy
19606 Powerscourt Dr
Humble, TX 77346


MW Aircraft Services
10298 C Pickerings Mem Dr
Conroe, TX 77303


Navient
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773-9000


Nelnet
Attn: Bankruptcy Claims
PO Box 82505
Lincoln, NE 68501-2505


OnDeck Capital, Inc.
101 West Colfax Ave., 10th Floor
Denver, CO 80202

Doug Osterhus
P.O. Box 72
Bellaire, TX 77402


Mason Pearsall
12507 Telge Road
Cypress, TX 77429


Pitney Bowes
3001 Summer St
Stamford, CT 06905-4317


Plains State Bank
PO Box 62005
Houston, TX 77205


Plane Den Aircraft
Structures, LLC
1137 Brecon Lane
Austin, TX 78748


Pool Tec Pool & Spa
17118 Grey Oaks Dr
Conroe, TX 77385


Adam R Probst
265 Thunderbird Dr
Conroe, TX 77304


Robert H Putz, Jr
3306 Durant Ct
Bryan, TX 77802

Cory Rance
12071 S Whitehall Rd
Moody, TX 76557


Cory Rance
1400 West Abram c/o Hill Gilstrap, PC
Arlington, TX 76013


Thomas A Roberston
311 Elkins Lake
Huntsville, TX 77340


Joey and Casey Robinson
311 Elkins Lane
Huntsville, TX 77340


Daniel Schultz
16192 Coastal Hwy
Lewes, DE 19958-3608


Security Bank Crawford
PO Box 90
Crawford, TX 76638


Security Service FCU
Risk Management
PO Box 691586
San Antonio, TX 78269


Seiler Mitby, PLLC
Attn: Kenna Seiler
2700 Research Forrest Dr 100
Spring, TX 77381

Azhar Sindhu
19123 Aquatic Dr
Humble, TX 77346


Snap On Crdt
950 Technology Way Suite 301
Libertyville, IL 60048


Steve Souders
37703 Parkway Oaks
Magnolia, TX 77355


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060


Tachus
2407 Timberloch Place G
Spring, TX 77389


Texas Aircraft Instruments
1911 South Gordon Street
Alvin, TX 77511


Texas Comptroller of Public
Accounts
111 East 17th Street
Austin, TX 78774


Textron Aviation
23260 Newark Place
Chicago, IL

Toyota Financial Services
Attn: Bankruptcy
PO Box 8026
Cedar Rapids, IA 52409-8026

John Tuggle

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

USAA Federal Savings Bank
Attn: Bankruptcy 10750 McDermott
Freeway
San Antonio,, TX 78288-9876

USAA Property and Casualty
10750 McDermott Fwy
San Antonio, TX 78288-0570

Van Bortel Aircraft, Inc
4912 S Collins St
Arlington, TX 76016

Gerry Venteicher
121 Southwood Dr
Bossier City, LA 71111-6050

Verizon Wireless
PO Box 489
Newark, NJ 07101

David Vineyard
324 Burrows St
Nacogdoches, TX 75965

Vivent-Security System
62992 Collections Dr
Chicago, IL 60693-0629

VNE Aviation, LLC
Attn: Michael Wise
675 Clear Springs Hollow
Buda, TX 78610

Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillboro, OR 97123-0003

George Walker
12412 Sagittarius Dr E
Willis, TX 77318

George Walker
c/o Hill Gilstrap, PC
Arlington, TX 76013

Watchdog Security
330 Rayford Rd. 207
Spring, TX 77386

Bruce Webber
201 Stearman Dr
Georgetown, TX 78628

Wells Fargo Bank
Attn: Written Correspondnce Dept
PO Box 10335
Des Moines, IA 50306


Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A
Des Moines, IA 50328


Wf/gallery
Po Box 14517
Des Moines, IA 50306


Wf/matfirm
Po Box 14517
Des Moines, IA 50306


Ryan Wheless
13810 Champion Forest Dr 02
Houston, TX 77069


WireMasters
P.O. Box 734418
Chicago, IL 60673


Don Wootton
22606 Main Blvd #1
Tomball, TX 77377


Xylon Aviation LLC
1050 Bentwater Dr.
Montgomery, TX 77356

Fill in this information to identify the case:

Debtor name _____ OutRight Avionics, LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas, Houston Division _____

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/07/2020 _____
             MM/ DD/ YYYY

**X** _____ /s/ John Galik _____
Signature of individual signing on behalf of debtor

John Galik _____
Printed name

President _____
Position or relationship to debtor