## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS,
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **OUTRIGHT AVIONICS, LLC** | | **CASE NO. 20-32115** |
| Debtor | | |
| | § | |
| | § | **Chapter 11** |
| | § | |
| | § | |

## PLAIN STATE BANK'S UNOPPOSED MOTION FOR RELIEF FROM STAY

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF IT IS GRANTED, THE MOVANT MAY ACT OUTSIDE OF THE BANKRUTPCY PROCESS. IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING PARTY TO SETTLE. IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE HEARING. IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING. EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.**

**REPRESENTED PARTIES SHOULD ACT THORUGH THEIR ATTORNEY.**

**THERE WILL BE A HEARING ON THIS MATTER ON JUNE 16, 2020 AT 1 P.M. IN COURTROOM 401, 515 RUSK, HOUSTON, TEXAS 77002.**

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, PLAINS STATE BANK ("Movant") and moves this Honorable Court,

pursuant to 11 U.S.C. §362(d), and 553(a) of Title 11 of the United States Code ("Code") and

Rules 4001(a), and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"),

and Bankruptcy Local Rule 4001, for Relief from the Automatic Stay as follows:

## SUMMARY OF RELIEF REQUESTED

1.     Movant requests relief from the automatic stay to exercise its state law rights to set off the $26,779.59 in the Debtor's pre-petition bank account at Movant against the $355,894.04 owing to Movant on the petition date.

## JURISDICTION

2.     This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).  Venue of this proceeding and this Motion in this Court is proper under 28 U.S.C. §§1408 and 1409.

3.     The statutory bases for the relief requested herein are §§362(b)(1) and (2) and 553(a) of Title 11 of the United States Code ("Bankruptcy Code").

## FACTUAL BACKGROUND

4.     Movant loaned $350,000.00 (the "Loan") to the Debtor Outright Avionics, LLC ("Debtor") as evidenced by  a Promissory Note dated September 4, 2019  in the original principal amount of $350,000.00 (the  "Note").  The Loan is subject to a Letter Loan Agreement dated September 4, 2019 (the "Loan Agreement"). The Debtor  also executed a Security Agreement dated September 4, 2019 pledging the personal property of Borrower (the "Property") as security for repayment of the Indebtedness (the "Security Agreement" ). On November 15, 2019, Movant filed a financing statement with the Texas Secretary of State (the "Financing Statement"). The Loan Agreement, Note, the Security Agreement and the Financing Statement are collectively referred to as the "Loan Documents") and are attached hereto as **Exhibit A**

5.     By letter dated March 20, 2020, Movant gave the Debtor notice that the Loan was in default for the failure to make payments as they became  due in addition to certain other covenant

defaults  under the terms of the Loan Documents (the "<u>Designated Events of Default</u>") and gave notice of Movant's intent to accelerate the Loan if the Designated Events Defaults were not cured by ten days thereafter (the "<u>Demand Letter</u>"). The Designated Events of Default were not cured on or before 10 days after the date of the Demand Letter. By Letter Dated April 1, 2020, Movant gave the Debtor that the indebtedness arising under the Loan had been accelerated (the "<u>Notice of Acceleration Letter</u>"). Copies of the Demand Letter and the Notice of Acceleration Letter are attached hereto as **Exhibit B**.

6.      The Debtor pre-petition maintained a bank account at Movant (the "<u>Account</u>"). On April 7, 2020, the petition date ("<u>Petition Date</u>"), there was a balance of $26,779.59 in the account (the "Funds").

7.      Movant was owed $355,894.04 by the Debtor on the Petition Date.[1]

## <u>ARGUMENT AND AUTHORITIES</u>

A.      <u>**Cause Exists for Relief Because the Debtor has No Equity and the Funds are Not Necessary for an Effective Reorganization**</u>.

8.      Movant has a right of setoff against the Funds. Section 34.307 of the Texas Finance Code provides:

> …[A] bank has a right of set-off, without further agreement or action, against all accounts owned by a depositor to whom or on whose behalf the bank has made an advance of money by loan, overdraft, or otherwise if the bank has previously disclosed this right to the depositor.   If the depositor defaults in the repayment or satisfaction of the obligation, the bank, without notice to or consent of the depositor, may set off or cancel on its books all or part of the accounts owned by the depositor and apply the value of the accounts in payment of and to the extent of the obligation.

Section 10 of the Loan Agreement provides that Movant has a lien on all deposits of the Debtor

---

[1] This includes any default rate interest or post-petition attorney's fees to which Movant may be entitled to recover.

and that it has the right to apply  and/or set off against any such amount of such deposits to the amount to Movant without prior notice to the Debtor.

9.      Section 553 of the Bankruptcy Code provides that the Bankruptcy Code (other than sections 362 and 363)  does not affect the right of a creditor to offset a mutual debt owing to the creditor to the debtor that arose pre-petition against a claim of a creditor that arose pre-petition except in certain circumstances not applicable here.[2]

10.     Movant seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(2). A Court may also terminate or modify the automatic stay under 11 U.S.C. § 362(d)(2)  "if the debtor does not have an equity interest in such property and such property and is not necessary to an effective reorganization."

11.     The term "equity," as used in Section 362(d)(2) is the difference between the value of the subject property and the encumbrances against it. *In re Sutton*, 904 F.2d 327, 329 (5th Cir. 1990). A creditor seeking relief from the automatic stay pursuant to § 362(d)(2) has the burden to prove the debtor's lack of equity while the debtor has the burden to prove that the subject property is necessary to effectively reorganize. *United Savings Ass'n of Texas v. Timbers of Inwood Forest Assocs., Ltd*., 484 U.S. 365 (1988).

12.     In this case, the estate has no equity in the Funds because the amount owed to Movant on the petition date, $355,894.04, greatly exceeds the amount of the Funds, $26,779.59. Since this is a chapter 7 liquidation proceeding, Movant is not required to show that the Funds are not necessary for an effective reorganization.

**B.      The 14-day Stay Should be Waived**

13.     Movant requests that the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) be waived. The 14-day stay serves no purpose in this case.

---

[2] The claim has been disallowed or transferred under certain circumstance, neither of which are applicable here.

14.     Movant reserves all rights and remedies and does not waive any rights by the filing of this Motion, all of such rights are expressly reserved.

WHEREFORE, PLAINS STATE BANK respectfully requests that this Court modifying the Automatic Stay imposed by §362(d) and enter an Order:

A.     granting this Motion;

B.     permitting and approving Plains State Bank to exercise its state law right of setoff against the Funds;

C.     that the Notice of Motion, as given, is deemed sufficient and proper;

D.     that pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed and shall be effective immediately; and

E.     for any further relief that this Court deems just and appropriate

DATED MAY 22, 2020

Respectfully Submitted,

By:_/s/ Lisa A. Powell_ _____
  Lisa A. Powell
  State Bar No. 16204215
  FISHERBROYLES, LLP
  2925 Richmond, Ave.
  Suite 1200
  Houston, Texas  77098
  (713) 955-3302
  (713) 488-9412 (Fax)
  lisa.powell@fisherbroyles.com

**ATTORNEYS FOR PLAINS STATE BANK**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2020, I conferred with J. Maxwell Beatty, the attorney for Christopher Jones, Chapter 7 Trustee, and he advised that the Trustee does not oppose this motion.

*/s/ Lisa A. Powell*
Lisa A. Powell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Motion for Relief from Stay (without exhibits)\** was served by U.S. First Class Mail on May 22nd, 2020 on the parties listed below and, on the parties, listed on the Debtor's Mailing Matrix attached hereto (that includes all creditors of any type) and on the parties entitled to receive electronic notice through the Court's ECF system.

*/s/ Lisa A. Powell*
**Lisa Powell**

**Debtor:**
Outright Avionics, LLC
10078 Airport Road
Conroe, Texas 77303

**Debtor's Attorney:**
Allison Byman
Byman & Associates, PLLC
7924 Broadway Suite 104
Pearland, Texas 77581

**Trustee:**
Christopher R. Murray
Jones, Murray &  Beatty LLP
4119 Montrose Blvd.
Suite 230
Houston, Texas 77006

**Trustee's Attorney:**
J. Maxwell Beatty
Via Email: max.beatty@jmbllp.com

*Exhibits available upon request

Air Capital Dial, Inc.
220 N. Vine
Wichita, KS 67203

Aircraft Spruce & Specialty
225 Airport Circle
Corona, CA 92878

Alamo Plating & Metal Finish
9230 Converse Business Ln.
Converse, TX 78109

Allegiance Bank
8727 W. Sam Houston Parkway N. Suite
100
Houston, TX 77040

Allied Electronics
7151 Jack Newell Blvd. S
Fort Worth, TX 76118

Jose A Amador
19603 Swan Valley Dr
Cypress, TX 77433

American Express
P.O. Box 650448
Dallas, TX 75265

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Kris Anantasomboon
705 Glaze Circle
Hewitt, TX 76643


Roy Anderson
4900 Courthouse Rd
Gulfport, MS 39507


Apple Card
P.O. Box 7247
Philadelphia, PA 19170


Carlos Arana
15 Split Rail Pl
Spring, TX 77382


Aspen Avionics
5001 Indian School Road, NE
Albuquerque, NM 87110


Associated Aircraft Supply, LLC
3250 Stone Myers Parkway
Grapevine, TX 76051


AT&T


Aviall/Boeing Company
PO Box 619048
Dallas, TX 75261

Tom Ball
222 Club Island Way
Montgomery, TX 77356

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Jason Beaver
950 Seven Hills Dr 1124
Henderson, NV 89052

Chuck Beecher
4230 SE King Rd Unit 365
Portland, OR 97222

Bentwater Yacht and Country
Club
800 Bentwater Dr
Montgomery, TX 77356-8256

Josh Berman
14119 Renee Lane
College Station, TX 77845

BHE & Associates Ltd.
12002 Warfield St Ste 250
San Antonio, TX 78216-3219

Al Bledsoe
1201 The Cape Rd
Horseshoe Bay, TX 78657

Boxwell Avionics
3050 Airman Dr.
Fort Pierce, FL 34946


Christopher S Brandley
12370 Ridgecrest
Willis, TX 77318


Neal Bridges
15421 Highway 12
Orange, TX 77632


Robert M Briscoe
4401 Gibson St
Houston, TX 77007


Stefan Buca
1024 N Oak Cliff Blvd
Dallas, TX 75208


Jerome Byrd, Jr
3307 Courtland Manor Lane
Kingwood, TX 77339


Cal America Mobil
4145 Belt Line Rd # 212-247
Addison, TX 75001-4324


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Paul Carper
10070 Airport Road
Conroe, TX 77303


Steve Cary
4320 Brownstone Dr
Beaumont, TX 77706


Castleberry Instruments
13405 Immanuel Rd Ste 1a
Pflugerville, TX 78660-8338


Dave Catalani
234 Tortoisde Creek Pl
Spring, TX 77389


Centerpoint
P.O. Box 4981
Houston, TX 77210-4981


Century Flight Systems, Inc.
Po Box 610
Mineral Wells, TX 76068-0610


Ces/clsf
C/o Acs
Utica, NY 13501


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Chase Card Services
PO Box 15123
Wilmington, DE 19850


City of Conroe
Alarms Division
PO Box 140875
Irving, TX 75014


City of Conroe
Water Department
PO Box 1669
Houston, TX 77251


Clean Planes "R" Us


Coats & Evans, PC
Attn: Gary L Evans
P.O. Box 130246
Spring, TX 77393


John Cohron
20630 Sundance Springs Ln
Spring, TX 77379


Comenity Bank/Jared
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218


Compass Bank
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296

Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166-6523


Debbie Cran
48 Post Shadown Estate Dr.
Spring, TX 77389


James Crossno
1400 West Abram c/o Hill Gilstrap, PC
Arlington, TX 76013


Dallas Avionics
2525 Santa Anna Ave
Dallas, TX 75228-1671


Depot Avionics, Inc.
2550 State Avenue
Alamosa, CO 81101


Design Galveston
2811 Inridge Dr.
Austin, TX 78745


Discover Financial
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850-5316


Scott Dyer
2000 Old May Ct
College Station, TX 77845

Edmo Distributors
18230 E. Mirabeau Pkwy
Spokane, WA 99216

Entergy
P.O Box 8104
Baton Rouge, LA 70891

Joseph Fabian
P.O. Box 320639
Flowood, MS 39232

Robert Fillips
435 FM 2917 Rd
Alvin, TX 77511

David Frager
4016 Enclave Mesa Cir
Austin, TX 78731

Ben Frederick
44 Beckonvale Ct
The Woodlands, TX 77382-2652

John G Galik
34 Greenview St
Montgomery, TX 77356

Kristin Michelle Galik
34 Greenview Street
Montgomery, TX 77356

Kristin M Galik
34 Greenview St
Montgomery, TX 77356


Garmin
1200 E. 151st Street
Olathe, KS 66062


John P Gene
305 Mockingbird Lane
Weatherford, TX 76086


General Aviation Services
5260 Central PKWY, Hanger 14
Conroe, TX 77303


Genuine Aircraft Hardware
4250 Aerotech Ctr Way, Unit B
Paso Robles, CA 93446


Christian D.F. Gerthe
24909 Stone Xing
Montgomery, TX 77316


Dieter HM Gerthe
24909 Stone Xing
Montgomery, TX 77316


Dave Giese
6110 Riverchase Trl
Kingwood, TX 77345

GoDaddy
14455 North Hayden Rd. 219
Scottsdale, AZ 85260


Gs Bank Usa
Lockbox 6112
Philadelphia, PA 19170


Joe Guzman


Joseph Guzman
1400 West Abram c/o Hill Gilstrap PC
Arlington, TX 76013


Aaron Hebert
5215 N Twin City Hwy
Port Arthur, TX 77642


Michael Hicks
3306 Cunningham Rd
Wallis, TX 77485


High Desert Avionics
4555-9 West G Ave
Lancaster, CA 93536


James Hoffpauir
P.O. Box 896
Onalaska, TX 77360

David W Holden
68 Rua Martine
Miramar Beach, FL 32550


Barbara A Holder
12152 Ivy Drive
Conroe, TX 77303


Robert W Holder
12152 Ivy Drive
Conroe, TX 77303


Impress Computers
21733 Provincial Blvd 110
Katy, TX 77450


Jon L Infante
988 Arbor Glen
Conroe, TX 77303


Internal Revenue Service
Insolvency Section
1919 Smith St., Stop 5022 HOU
Houston, TX 77002


Patrick A James
12370 Ridgecrest
Willis, TX 77318


Van Johnson
27911 FM 2100 Rd
Huffman, TX 77336

JP Instruments, Inc
3185-B Airway Avenue


K&B Aviation GP LLC
Attn: Brent Franks
6609 Avenue U
Houston, TX 77011


Kabbage/Celtic Bank
PO Box 77081
Atlanta, GA 30357


Steven D Keener
9782 West Shore Dr
Willis, TX 77318


Larry Kelley
7165 Royal Meadows St
Port Arthur, TX 77642


Lucas D Lacock
1923 W Welsford Dr
Spring, TX 77386-2544


Andy Lauth
10013 Military Dr
Conroe, TX 77303


Richard Leofsky
14100 Lakeport Dr
Willis, TX 77318

LexisNexis
RELX Inc. DBA LexisNexis
PO Box 733106
Dallas, TX 75373


Lexus Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102


Robert Limbaugh
117 Fairhope Ave
Fairhope, AL 36532


Gary Martin
440 Forest Dr
Lake Jackson, TX 77566


Randy Martin
4973 Hilltop Ranch Ct
Montgomery, TX 77316


Sam McCaskill
P.O. Box 340339
Austin, TX 78734


Joe McDaniel
6027 US Highway 259 N
Henderson, TX 75652


Todd McQuown
108 Ebner Lake Front Dr
Montgomery, TX 77316

Mid-Continent Instruments
9400 E 34th Street North
Wichita, KS 67226


Montgomery County MUD #18
P.O. Box 1170
Montgomery, TX 77356


Mouser Electronics
1000 North Main Street
Mansfield, TX 76063


David Murphy
19606 Powerscourt Dr
Humble, TX 77346


MW Aircraft Services
10298 C Pickerings Mem Dr
Conroe, TX 77303


Navient
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773-9000


Nelnet
Attn: Bankruptcy Claims
PO Box 82505
Lincoln, NE 68501-2505


OnDeck Capital, Inc.
101 West Colfax Ave., 10th Floor
Denver, CO 80202

Doug Osterhus
P.O. Box 72
Bellaire, TX 77402

Mason Pearsall
12507 Telge Road
Cypress, TX 77429

Pitney Bowes
3001 Summer St
Stamford, CT 06905-4317

Plains State Bank
PO Box 62005
Houston, TX 77205

Plane Den Aircraft
Structures, LLC
1137 Brecon Lane
Austin, TX 78748

Pool Tec Pool & Spa
17118 Grey Oaks Dr
Conroe, TX 77385

Adam R Probst
265 Thunderbird Dr
Conroe, TX 77304

Robert H Putz, Jr
3306 Durant Ct
Bryan, TX 77802

Cory Rance
12071 S Whitehall Rd
Moody, TX 76557


Cory Rance
1400 West Abram c/o Hill Gilstrap, PC
Arlington, TX 76013


Thomas A Roberston
311 Elkins Lake
Huntsville, TX 77340


Joey and Casey Robinson
311 Elkins Lane
Huntsville, TX 77340


Daniel Schultz
16192 Coastal Hwy
Lewes, DE 19958-3608


Security Bank Crawford
PO Box 90
Crawford, TX 76638


Security Service FCU
Risk Management
PO Box 691586
San Antonio, TX 78269


Seiler Mitby, PLLC
Attn: Kenna Seiler
2700 Research Forrest Dr 100
Spring, TX 77381

Azhar Sindhu
19123 Aquatic Dr
Humble, TX 77346


Snap On Crdt
950 Technology Way Suite 301
Libertyville, IL 60048


Steve Souders
37703 Parkway Oaks
Magnolia, TX 77355


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060


Tachus
2407 Timberloch Place G
Spring, TX 77389


Texas Aircraft Instruments
1911 South Gordon Street
Alvin, TX 77511


Texas Comptroller of Public
Accounts
111 East 17th Street
Austin, TX 78774


Textron Aviation
23260 Newark Place
Chicago, IL

Toyota Financial Services
Attn: Bankruptcy
PO Box 8026
Cedar Rapids, IA 52409-8026


John Tuggle



UPS
P.O. Box 7247-0244
Philadelphia, PA 19170


USAA Federal Savings Bank
Attn: Bankruptcy 10750 McDermott
Freeway
San Antonio,, TX 78288-9876


USAA Property and Casualty
10750 McDermott Fwy
San Antonio, TX 78288-0570


Van Bortel Aircraft, Inc
4912 S Collins St
Arlington, TX 76016


Gerry Venteicher
121 Southwood Dr
Bossier City, LA 71111-6050


Verizon Wireless
PO Box 489
Newark, NJ 07101

David Vineyard
324 Burrows St
Nacogdoches, TX 75965


Vivent-Security System
62992 Collections Dr
Chicago, IL 60693-0629


VNE Aviation, LLC
Attn: Michael Wise
675 Clear Springs Hollow
Buda, TX 78610


Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillboro, OR 97123-0003


George Walker
12412 Sagittarius Dr E
Willis, TX 77318


George Walker
c/o Hill Gilstrap, PC
Arlington, TX 76013


Watchdog Security
330 Rayford Rd. 207
Spring, TX 77386


Bruce Webber
201 Stearman Dr
Georgetown, TX 78628

Wells Fargo Bank
Attn: Written Correspondnce Dept
PO Box 10335
Des Moines, IA 50306


Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A
Des Moines, IA 50328


Wf/gallery
Po Box 14517
Des Moines, IA 50306


Wf/matfirm
Po Box 14517
Des Moines, IA 50306


Ryan Wheless
13810 Champion Forest Dr 02
Houston, TX 77069


WireMasters
P.O. Box 734418
Chicago, IL 60673


Don Wootton
22606 Main Blvd #1
Tomball, TX 77377


Xylon Aviation LLC
1050 Bentwater Dr.
Montgomery, TX 77356