# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS,
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **OUTRIGHT AVIONICS, LLC** | | **CASE NO. 20-32115** |
| Debtor | | |
| | § | |
| | § | **Chapter 7** |
| | § | |
| | § | |

## ORDER GRANTING PLAINS STATE BANK'S
## <u>UNOPPOSED MOTION FOR RELIEF FROM STAY</u>
### [DKT. ____]

This matter having come to be heard by this Court on June _, 2020 by the filing of the Unopposed Motion for Relief from Stay by Plains State Bank (the "Motion"). Plains State Bank represented that the Christopher R. Murray, the Chapter 7 Trustee, does not opposed the Motion. The Court finds that proper notice has been given and that good cause exists for the granting of the Motion.

IT IS HEREBY ORDERED:

1.      The Motion [Dkt.    ] is hereby GRANTED, as set forth below.

2.      Plains State Bank is granted relief from the automatic stay and is authorized to exercise its state law rights to offset the funds in the Debtor's prepetition bank account in the amount of $26,779.59 against the pre-petition indebtedness owed it.

3.      Nothing in this Order shall be construed as prejudicing Plains State Bank's right to file a proof of claim or constitute a waiver or an election of any the rights of Plains State Bank.

4.      This Order shall be effective and enforceable immediately upon entry hereof, and no stay shall apply to its enforcement.

5.      This Court shall retain jurisdiction with respect to all matters arising from, or

related to, the implementation of this Order.

6.       The automatic stay shall remain in effect except as set forth in this Order.


**Signed:       _____, 2020**


_____
 **Christopher M. Lopez**
 **United States Bankruptcy Judge**