

ENTERED
07/07/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| OUTRIGHT AVIONICS, LLC | § § | CASE NO. 20-32115 |
| DEBTOR | § § § | CHAPTER 7 |

### ORDER GRANTING SECURITY BANK OF CRAWFORD'S UNOPPOSED MOTION FOR RELIEF FROM STAY
[DKT. 29]

This matter having come to be heard by this Court on July 7, 2020 by the filing of the Unopposed Motion for Relief from Stay by Security Bank of Crawford (the "Motion"). Security Bank of Crawford represented that Christopher R. Murray, the Chapter 7 Trustee, does not oppose the Motion. No objections or responses to the Motion were filed. The Court finds that proper notice has been given and that good cause exists for the granting of the Motion.

IT IS HEREBY ORDERED:

1. The Motion [Dkt. 29] is hereby GRANTED, as set forth below.
2. Security Bank of Crawford is granted relief from the automatic stay and is authorized to exercise its state law rights.

3. Security Bank of Crawford may sell its Collateral in a commercially reasonable manner with ten (10) days notice to the Debtor and the Trustee.

4. This Order shall be effective and enforceable immediately upon entry hereof, no stay shall apply to its enforcement and is not stayed for fourteen (14) days following the entry of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from, or related to, the implementation of this Order.

6. The automatic stay shall remain in effect except as set forth in this Order.

Signed: July 07, 2020

Christopher Lopez
United States Bankruptcy Judge