

ENTERED
07/07/2020

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| OUTRIGHT AVIONICS, LLC | § § | CASE NO. 20-32115 |
| DEBTOR | § § § | CHAPTER 7 |

ORDER GRANTING SECURITY BANK OF CRAWFORD'S
UNOPPOSED MOTION FOR RELIEF FROM STAY
[DKT. 29]

This matter having come to be heard by this Court on July 7, 2020 by the filing of the Unopposed Motion for Relief from Stay by Security Bank of Crawford (the "Motion"). Security Bank of Crawford represented that Christopher R. Murray, the Chapter 7 Trustee, does not oppose the Motion. No objections or responses to the Motion were filed. The Court finds that proper notice has been given and that good cause exists for the granting of the Motion.

IT IS HEREBY ORDERED:

1. The Motion [Dkt. 29] is hereby GRANTED, as set forth below.
2. Security Bank of Crawford is granted relief from the automatic stay and is authorized to exercise its state law rights.

3. Security Bank of Crawford may sell its Collateral in a commercially reasonable manner with ten (10) days notice to the Debtor and the Trustee.

4. This Order shall be effective and enforceable immediately upon entry hereof, no stay shall apply to its enforcement and is not stayed for fourteen (14) days following the entry of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from, or related to, the implementation of this Order.

6. The automatic stay shall remain in effect except as set forth in this Order.

Signed: July 07, 2020

*Christopher M. Lopez*
Christopher Lopez
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                              Southern District of Texas

In re:                                                            Case No. 20-32115-cml
OutRight Avionics, LLC                                            Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: rsal                 Page 1 of 1             Date Rcvd: Jul 07, 2020
                              Form ID: pdf002            Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db              #+OutRight Avionics, LLC,    10078 Airport Rd,    Conroe, TX 77303-4481
cr               Coats & Evans, P.C.,   P.O. Box 130246,    The Woodlands, TX  77393-0246
cr              +Plains State Bank,   19404 Kenswick Dr.,    Humble, TX 77338-8147
cr              +Security Bank of Crawford,    P.O. BOx 90,    Crawford, Tx 76638-0090
cr               Steve Cary,   1801 S Gulfway Dr,    Port Arthur, TX  77640
cr               Texas Workforce Commission,    Courtney J. Hull,   c/o Sherri K. Simpson, Paralegal,
                   P.O. Box 12548,   Austin, TX  78711-2548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 07 2020 23:33:07      Montgomery County,
                   Linebarger Goggan Blair & Sampson LLP,   c/o Tara L. Grundemeier,    P.O. Box 3064,
                   Houston, TX  77253-3064
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Edmo Distributors
cr               Jerome Whitney Byrd, Jr.
cr               Temple Electronics Company, Inc.
cr               Tom Ball
                                                                                  TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Allison Davison Byman    on behalf of Debtor    OutRight Avionics, LLC adb@bymanlaw.com,
               rww.trustee1@gmail.com;admin@bymanlaw.com;cadb11@trustesolutions.net
              Christopher R Murray    on behalf of Trustee Christopher R Murray
               9799263420@filings.docketbird.com,   crm@trustesolutions.net
              Christopher R Murray    chris@jmbllp.com,    crm@trustesolutions.net
              Courtney  Hull    on behalf of Creditor    Texas Workforce Commission bk-chull@oag.texas.gov,
               sherri.simpson@oag.texas.gov
              Daniel J Ferretti    on behalf of Creditor Tom  Ball dferretti@bakerdonelson.com,
               clujano@bakerdonelson.com;etorres@bakerdonelson.com
              Gary Linn Evans    on behalf of Creditor    Coats & Evans, P.C. evans@texasaviationlaw.com
              Hector  Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              John D Malone    on behalf of Creditor    Security Bank of Crawford myra@johnmalonepc.com,
               myra@johnmalonepc.com
              Jon Maxwell Beatty    on behalf of Trustee Christopher R Murray max@jmbllp.com,
               1652348420@filings.docketbird.com
              Lisa Ann Powell    on behalf of Creditor    Plains State Bank Lisa.Powell@fisherbroyles.com
              Liza A Greene    on behalf of Creditor Jerome Whitney Byrd, Jr. lgreene@dalefamilylaw.com,
               efornelius@dalefamilylaw.com
              Michael Keith Eaves    on behalf of Creditor Steve  Cary meaves@calvert-eaves.com
              Tara L Grundemeier    on behalf of Creditor    Montgomery County houston_bankruptcy@publicans.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William G. Harris    on behalf of Creditor    Temple Electronics Company, Inc. wgh@wgharrislaw.com
                                                                                             TOTAL: 15
```